UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION PENINSULA
(WOMP) ASSOC., a Michigan Nonprofit Corporation, et al

        Plaintiff(s),

Case No. 1:20-cv-1008

v.

Hon. Paul L. Maloney

PENINSULA TOWNSHIP, a Michigan Municipal Corporation,

        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

Montague Development, LLC
(Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 10/23/2020

/s/ Joseph M. Infante
(Signature)
MILLER, CANFIELD, PADDOCK
AND STONE, PLC
Joseph M. Infante (P68719)
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
(616) 776-6333