## STIPULATED ORDER EXTENDING TIME FOR DEFENDANT PENINSULA TOWNSHIP TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT

The parties stipulating hereto, and the Court being more fully advised in the premises,

IT IS ORDERED that the deadline for Defendant PENINSULA TOWNSHIP to file responsive pleadings to Plaintiffs' Complaint is EXTENDED to DECEMBER 11, 2020.

So ordered,

Date: November 12, 2020

/s/ Paul L. Maloney
Hon. Paul L. Maloney

Stipulated and agreed:

/s/Joseph M. Infante  by consent
MILLER, CANFIELD, PADDOCK AND STONE, PLC
Joseph M. Infante (P68719)
Stephen M. Ragatzki (P81952)
Christopher J. Gartman (P83286)
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
(616) 776-6333
infante@millercanfield.com
gartman@millercanfield.com

/s/Gregory M. Meihn
GREGORY M. MEIHN (P38939)
MATTHEW T. WISE (P76794)
FOLEY & MANSFIELD, P.L.L.P.
Attorneys for Defendant
130 E. 9 Mile Rd.
Ferndale, MI 48220-3728
(248) 721-4200 / Fax: (248) 721-4201
gmeihn@foleymansfield.com
mwise@foleymansfield.com

2