UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA (WOMP) ASSOC., a Michigan Nonprofit Corporation, et al.,<br><br>  Plaintiffs,<br>v<br><br>PENINSULA TOWNSHIP, Michigan Municipal Corporation,<br>  Defendant. | Case No: 1:20-cv-01008<br><br>Honorable Paul L. Maloney<br>Magistrate Ray S. Kent<br><br>ORAL ARGUMENT REQUESTED |

| | |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>*Attorneys for Plaintiffs*<br>Joseph M. Infante (P68719)<br>Stephen M. Ragatzki (P81952)<br>Christopher J. Gartman (P83286)<br>99 Monroe Avenue NW, Suite 1200<br>Grand Rapids, MI  49503<br>(616) 776-6333<br>infante@millercanfield.com<br>gartman@millercanfield.com | FOLEY & MANSFIELD, P.L.L.P.<br>*Attorneys for Defendant*<br>Gregory M. Meihn (P38939)<br>Matthew T. Wise (P76794)<br>130 East 9 Mile Road<br>Ferndale, MI 48220-3728<br>(248) 721-4200 / Fax: (248) 721-4201<br>gmeihn@foleymansfield.com<br>mwise@foleymansfield.com |

**PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs, WINERIES OF THE OLD MISSION PENINSULA (WOMP) ASSOC., BOWERS HARBOR VINEYARD & WINERY, INC, BRYS WINERY, LLC, CHATEAU GRAND TRAVERSE, LTD, CHATEAU OPERATIONS, LTD, GRAPE HARBOR, INC., MONTAGUE DEVELOPMENT, LLC, OV THE FARM, LLC, TABONE VINEYARDS, LLC., TWO LADS, LLC, VILLA MARI LLC, WINERY AT BLACK STAR FARMS, L.L.C., (collectively the "Wineries"), by and through their attorneys, Miller, Canfield, Paddock and Stone, P.L.C. move pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendant Peninsula Township to fully answer interrogatories and requests to admit and to identify which already-produced documents correspond the Wineries' discovery requests.  The Wineries also

1

request their costs and fees, including attorney fees, incurred in bringing this motion. The parties have met and conferred pursuant to Federal Rule of Civil Procedure 37(a)(1) and LCivR 7.1(d) but were unable to fully resolve the issue. In support of this motion, including the specific relief sought with respect to each discovery request, the Wineries rely on the accompanying brief and attached exhibits.

WHEREFORE, the Wineries respectfully request that the Court grant this Motion to Compel and award them their costs and attorney fees incurred in bringing this Motion.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:  /s/ Joseph M. Infante
Joseph M. Infante (P68719)
Stephen M. Ragatzki (P81952)
Christopher J. Gartman (P83286)
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI  49503
(616) 776-6333

Dated:  April 14, 2021