UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA (WOMP) ASSOC., a Michigan
Nonprofit Corporation, BOWERS HARBOR
VINEYARD & WINERY, INC, BRYS WINERY,         Case No: 1:20-cv-01008
LLC, CHATEAU GRAND TRAVERSE, LTD,
CHATEAU OPERATIONS, LTD, GRAPE
HARBOR, INC., MONTAGUE                        Honorable Paul L. Maloney
DEVELOPMENT, LLC, OV THE FARM, LLC,          Magistrate Ray S. Kent
TABONE VINEYARDS, LLC., TWO LADS,
LLC, VILLA MARI LLC, WINERY AT BLACK
STAR FARMS, L.L.C.,

                                             ORAL ARGUMENT REQUESTED

                Plaintiffs,

v

PENINSULA TOWNSHIP, Michigan Municipal
Corporation,
                Defendant.

---

MILLER, CANFIELD, PADDOCK            FOLEY & MANSFIELD, P.L.L.P.
AND STONE, PLC                       *Attorneys for Defendant*
*Attorneys for Plaintiffs*           Gregory M. Meihn (P38939)
Joseph M. Infante (P68719)           Matthew T. Wise (P76794)
Stephen M. Ragatzki (P81952)         130 East 9 Mile Road
Christopher J. Gartman (P83286)      Ferndale, MI 48220-3728
99 Monroe Avenue NW, Suite 1200      (248) 721-4200 / Fax: (248) 721-4201
Grand Rapids, MI  49503              gmeihn@foleymansfield.com
(616) 776-6333                       mwise@foleymansfield.com
infante@millercanfield.com
gartman@millercanfield.com

---

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, WINERIES OF THE OLD MISSION PENINSULA (WOMP) ASSOC.,

BOWERS HARBOR VINEYARD & WINERY, INC, BRYS WINERY, LLC, CHATEAU

GRAND TRAVERSE, LTD, CHATEAU OPERATIONS, LTD, GRAPE HARBOR, INC.,

MONTAGUE DEVELOPMENT, LLC, OV THE FARM, LLC, TABONE VINEYARDS, LLC.,

1

TWO LADS, LLC, VILLA MARI LLC, WINERY AT BLACK STAR FARMS, L.L.C., (collectively "Plaintiffs"), by and through their attorneys, Miller, Canfield, Paddock and Stone, P.L.C. move pursuant to Fed. R. Civ. P. 56 for summary judgment on Count VIII of their First Amended Complaint as there is no genuine issue of material fact and Plaintiffs are entitled to judgment as a matter of law.  Plaintiffs rely on the attached Brief in Support of Motion for Partial Summary Judgment and the Exhibits thereto in support of the relief requested.

WHEREFORE, Plaintiffs respectfully requests that this Court enter a judgment in their favor and find Sections 6.7.2(19)(a), 6.7.2(19)(b)(1)(iv), 8.7.3(10)(u)(2)(a)-(c), 8.7.3(10)(u)(2)(e), 8.7.3(10)(u)(5)(b), 8.7.3(10)(u)(5)(g) and 8.7.3(10)(u)(5)(i) of Peninsula Township's Ordinances are preempted by Michigan law and award Plaintiffs' their costs and attorneys' fees incurred in bringing this action.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.

By:     /s/ Joseph M. Infante
            Joseph M. Infante (P68719)
            Stephen M. Ragatzki (P81952)
            Christopher J. Gartman (P83286)
            99 Monroe Avenue NW, Suite 1200
            Grand Rapids, MI  49503
            (616) 776-6333
            infante@millercanfield.com
            gartman@millercanfield.com

Dated:  April 14, 2021