UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA (WOMP) ASSOC., a Michigan
Nonprofit Corporation, et al.,

    Plaintiffs,

v

PENINSULA TOWNSHIP, Michigan Municipal
Corporation,

    Defendant.

Case No: 1:20-cv-01008

Honorable Paul L. Maloney
Magistrate Ray S. Kent

| MILLER, CANFIELD, PADDOCK AND STONE, PLC | FOLEY & MANSFIELD, P.L.L.P. |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Joseph M. Infante (P68719) | Gregory M. Meihn (P38939) |
| Stephen M. Ragatzki (P81952) | Matthew T. Wise (P76794) |
| Christopher J. Gartman (P83286) | 130 East 9 Mile Road |
| 99 Monroe Avenue NW, Suite 1200 | Ferndale, MI 48220-3728 |
| Grand Rapids, MI  49503 | (248) 721-4200 / Fax: (248) 721-4201 |
| (616) 776-6333 | gmeihn@foleymansfield.com |
| infante@millercanfield.com | mwise@foleymansfield.com |
| gartman@millercanfield.com | |

**PLAINTIFFS' MOTION TO STRIKE PROPOSED INTERVENOR'S MOTION FOR LEAVE TO SUPPLEMENT PENDING MOTION TO INTERVENE WITH PROPOSED MOTION TO DISMISS PLAINTIFFS' STATE LAW CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(f) AND FOR EXCESSIVE COSTS PURSUANT TO 28 U.S.C. § 1927**

    Plaintiffs, WINERIES OF THE OLD MISSION PENINSULA (WOMP) ASSOC., BRYS WINERY, L.C., CHATEAU GRAND TRAVERSE, LTD, CHATEAU OPERATIONS, LTD, GRAPE HARBOR, INC, MONTAGUE DEVELOPMENT, LLC, OV THE FARM, LLC, TABONE VINEYARDS, LLC., VILLA MARI, LLC AND WINERY AT BLACKSTAR FARMS, L.L.C. (collectively, the "Wineries"), by and through their attorneys, Miller, Canfield, Paddock and Stone, PLC, respectfully move this Court for an Order striking non-party Protect the

Peninsula's Motion for Leave to Supplement Pending Motion to Intervene with Proposed Motion to Dismiss Plaintiffs' State Law Claims (ECF No. 56) under Federal Rule of Civil Procedure 12(f). The Wineries rely on their accompanying brief in support.

Pursuant to Local Rule 7.1(d), on April 30, 2021, undersigned counsel contacted Greg Meihn, counsel for Defendant Peninsula Township, via telephone to explain the nature of this Motion and its legal basis and to seek concurrence in the relief requested.  Mr. Meihn stated that Peninsula Township neither opposes nor supports the Motion and takes no position on the relief requested.

WHEREFORE, the Wineries respectfully request that the Court grant their Motion to Strike Proposed Intervenor's Motion for Leave to Supplement Pending Motion to Intervene with Proposed Motion to Dismiss Plaintiffs' State Law Claims Under Federal Rule of Civil Procedure 12(f) and 24 and For Excessive Costs Pursuant to 28 U.S.C. § 1927.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By:   /s/ Joseph M. Infante
       Joseph M. Infante (P68719)
       Stephen M. Ragatzki (P81952)
       Christopher J. Gartman (P83286)
       99 Monroe Avenue NW, Suite 1200
       Grand Rapids, MI  49503
       (616) 776-6333

Dated:  April 30, 2021