UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA (WOMP) ASSOC., a Michigan
Nonprofit Corporation, et al.,

Case No: 1:20-cv-01008

              Plaintiffs,

v

Honorable Paul L. Maloney
Magistrate Ray S. Kent

PENINSULA TOWNSHIP, Michigan Municipal
Corporation,
            Defendant.

ORAL ARGUMENT REQUESTED

---

MILLER, CANFIELD, PADDOCK
AND STONE, PLC
*Attorneys for Plaintiffs*
Joseph M. Infante (P68719)
Stephen M. Ragatzki (P81952)
Christopher J. Gartman (P83286)
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI  49503
(616) 776-6333
infante@millercanfield.com
gartman@millercanfield.com

FOLEY & MANSFIELD, P.L.L.P.
*Attorneys for Defendant*
Gregory M. Meihn (P38939)
Matthew T. Wise (P76794)
130 East 9 Mile Road
Ferndale, MI 48220-3728
(248) 721-4200 / Fax: (248) 721-4201
gmeihn@foleymansfield.com
mwise@foleymansfield.com

---

**PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs, WINERIES OF THE OLD MISSION PENINSULA (WOMP) ASSOC.,
BOWERS HARBOR VINEYARD & WINERY, INC, BRYS WINERY, LLC, CHATEAU
GRAND TRAVERSE, LTD, CHATEAU OPERATIONS, LTD, GRAPE HARBOR, INC.,
MONTAGUE DEVELOPMENT, LLC, OV THE FARM, LLC, TABONE VINEYARDS, LLC.,
TWO LADS, LLC, VILLA MARI LLC, WINERY AT BLACK STAR FARMS, L.L.C.,
(collectively the "Wineries"), by and through their attorneys, Miller, Canfield, Paddock and Stone,
P.L.C. move pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendant
Peninsula Township to fully respond to documents requests.   Peninsula Township has
demonstrated it does not intend to fully cooperate in discovery as this is the Wineries' third motion

to compel discovery and the Wineries have also filed a motion for sanctions given Peninsula Township's violation of a prior discovery order issued by this Court.  As such, the Wineries also request their costs and fees, including attorney fees, incurred in bringing this motion.  The parties have met and conferred pursuant to Federal Rule of Civil Procedure 37(a)(1) and LCivR 7.1(d) but were unable to fully resolve the issue.  In support of this motion, including the specific relief sought with respect to each discovery request, the Wineries rely on the accompanying brief and attached exhibits.

WHEREFORE, the Wineries respectfully request that the Court grant this Motion to Compel and award them their costs and attorney fees incurred in bringing this Motion.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:   /s/ Joseph M. Infante
    Joseph M. Infante (P68719)
    Stephen M. Ragatzki (P81952)
    Christopher J. Gartman (P83286)
    99 Monroe Avenue NW, Suite 1200
    Grand Rapids, MI  49503
    (616) 776-6333

Dated:  August 25, 2021