# Exhibit 6

# Exhibit 6

Founded in 1852
by Sidney Davy Miller



MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

**Joseph M. Infante**
TEL +1.616.776.6333
FAX +1.616.776.6322
E-MAIL infante@millercanfield.com

**Miller, Canfield, Paddock and Stone, P.L.C.**
99 Monroe Avenue NW, Suite 1200
Grand Rapids, Michigan  49503
TEL (616) 454-8656
FAX (616) 776-6322
millercanfield.com

October 7, 2021

Gregory M. Meihn, Esq.
Matthew T. Wise, Esq.
Foley & Mansfield, PLLP
130 East 9 Mile Road
Ferndale, MI 48220-3728

Re:   Wineries of Old Mission Peninsula v Peninsula Township

Dear Counsel:

Plaintiffs hereby object to your notice of taking deposition of Joseph Infante.  The requested deposition could not possibly seek relevant information, nor could it be reasonably calculated to lead to the discovery of admissible evidence.  Further, the expense of taking such a deposition so far outweighs any possible benefit the Township could have from it that the any time spent on it would not be proportional to the needs of the case.

As you recall, in response to Plaintiffs' motion to compel your deposition, Peninsula Township asked that Judge Kent order the taking of my deposition.  The issue was argued during a hearing on September 22, 2021, and Judge Kent denied this request.  Thus, the issue has been resolved and your deposition notice is improper.  I will not be appearing on October 13, 20201.

Sincerely,

Miller, Canfield, Paddock and Stone, P.L.C.

By: _____
Joseph M. Infante

38165836.1/159392.00002