# Exhibit 7

# Exhibit 7

## Matthew T. Wise

| | |
|---|---|
| **From:** | Ragatzki, Stephen M. <Ragatzki@millercanfield.com> |
| **Sent:** | Friday, October 8, 2021 2:19 PM |
| **To:** | Matthew T. Wise; Infante, Joseph M.; Guikema, Marchall A.; Gregory M. Meihn |
| **Cc:** | Gartman, Christopher J.; Katie R. Johnson; Shannon K. Breznai |
| **Subject:** | RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943] |
| **Attachments:** | Notice of Taking Deposition Isaiah Wunsch - WOMP(38227968.2).pdf; Notice of Taking Deposition Randy Mielnik - WOMP 10.28.21 3 p.m.(38228717.1).pdf; Notice of Taking Deposition Brad Bickle - WOMP 11.1 9 a.m.(38228048.1).pdf; Re-Notice of Taking Deposition Becky Chown - WOMP 11.2 after Wahl(38228040.1).pdf; Re-Notice of Taking Deposition Rob Manigold - WOMP 10.28 9 a.m.(38228031.1).pdf; Re-Notice of Taking Deposition Dave Sanger - WOMP 10.28 after Manigold(38228030.1).pdf; Re-Notice of Taking Deposition Christina Deeren - WOMP 10.29 9 a.m.(38228025.1).pdf; Notice of Taking Deposition Gordon Hayward - WOMP 10.29 after Deeren(38228023.1).pdf; Notice of Taking Deposition Warren Wahl - WOMP 11. 2 9 a.m.(38228020.1).pdf; Notice of Taking Deposition Margaret Achorn - WOMP 11.2 after Chown(38228019.1).pdf; Re-Notice of Taking Deposition Greg Meihn - WOMP 11.9 9 a.m.(38228012.1).pdf; Ltr to OPC Regarding Deposition Topics for Peninsula Township(38230120.1).pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Matt,

We will identify some dates for the requested individuals and our expert witness early next week.  I've also attached deposition notices with tentative dates for the following people:

Rob Manigold (Oct. 28)
Dave Sanger (Oct 28)
Randy Mielnik (Oct. 28)
Christina Deeren (Oct. 29)
Gordan Hayward (Oct. 29)
Brad Bickle (Nov. 1)
Isaiah Wunsch (Nov. 1)
Warren Wahl (Nov. 2)
Becky Chown (Nov. 2)
Margaret Achorn (Nov. 2)
Greg Meihn (Nov. 9)

If these dates do not work, we can certainly reschedule on mutually agreeable dates.  Finally, I have attached a letter identifying deposition topics for the Township according to the order in ECF No. 94.  It is our assumption that these topics are likely to be divided among the witnesses we have already named.  Please identify for us which witness or witnesses will address the various topics.  If you are going to designate a witness we have not noticed, please let us know.

Thanks,
Steve

1

Stephen M. Ragatzki | Associate
**Miller Canfield**
T +1.616.776.6317 | F +1.616.776.6322 | M +1.586.817.0762

---

**From:** Matthew T. Wise <mwise@foleymansfield.com>
**Sent:** Friday, October 8, 2021 10:20 AM
**To:** Infante, Joseph M. <infante@millercanfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

**CAUTION EXTERNAL EMAIL:** DO NOT open attachments or click links from unknown or unexpected emails.

Joe, given that we have been unable to resolve this matter thus far and have a deadline coming up, please provide deposition dates for the individuals we have requested previously so that we can get those scheduled immediately. We would also like to depose the expert you disclosed as well, so please provide your availability for the same. Should we not hear from you promptly, we will begin noticing the depositions in light of the impending discovery cut-off. Thanks.



**Matthew T. Wise** | Partner | T: 248-721-8152 | F: 248-721-4201
130 East Nine Mile Road | Ferndale, MI 48220 | foleymansfield.com



Chicago | Denver | **Detroit** | Edwardsville | Indianapolis | Kansas City | Los Angeles | Miami | Minneapolis | New O
New York | Portland | St. Louis | Seattle | Tampa Bay | Walnut Creek

**NOTICE:** Important disclaimers and limitations apply to this email. Please click HERE to view these disclaimers an

---

**From:** Matthew T. Wise
**Sent:** Monday, August 23, 2021 5:25 PM
**To:** 'Infante, Joseph M.' <infante@millercanfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

Assume you mean September 9 and 10, not August. We need to nail down soon—do you want to send me a proposed list based upon the deponents we have both requested and then can make final confirmations presuming we agree/everyone is available, etc.?

**From:** Infante, Joseph M. <infante@millercanfield.com>
**Sent:** Monday, August 23, 2021 4:51 PM
**To:** Matthew T. Wise <mwise@foleymansfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

Matt

August 9 and 10 are now open for me.  When do you want to discuss nailing down specific dates for specific deponents?

_____
Joseph M. Infante | Attorney and Counselor at Law
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, Michigan 49503 (USA)
T +1.616.776.6333 |F +1.616.776.6322 | Mobile +1.231.740.8199
infante@millercanfield.com | View Profile + VCard
LinkedIn |  Twitter |  Facebook |  YouTube

_____

**From:** Infante, Joseph M.
**Sent:** Monday, August 9, 2021 3:56 PM
**To:** Matthew T. Wise <mwise@foleymansfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

Matt, see below for my open dates.  Should we check these dates with our clients and see who can fit in where?

_____
Joseph M. Infante | Attorney and Counselor at Law
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, Michigan 49503 (USA)
T +1.616.776.6333 |F +1.616.776.6322 | Mobile +1.231.740.8199
infante@millercanfield.com | View Profile + VCard
LinkedIn |  Twitter |  Facebook |  YouTube

_____

**From:** Matthew T. Wise <mwise@foleymansfield.com>
**Sent:** Friday, August 6, 2021 5:00 PM
**To:** Infante, Joseph M. <infante@millercanfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

**CAUTION EXTERNAL EMAIL:** DO NOT open attachments or click links from unknown or unexpected emails.

Joe, I have the following blocks of 2-3 as you suggest, please advise as to what you may have so we can hopefully coordinate:

August 25-26; (open)
September 1-2; (conflict)
September 8-10; (only available the 8th)
September 15-16; (open)
September 21-23 (open)

I am still working to confirm availability of the witnesses you requested for these dates, but per our agreement, we can discuss that when we have dates.

Thanks.



**Matthew T. Wise**  | Partner |
T: 248-721-8152 | F: 248-721-4201
130 East Nine Mile Road | Ferndale, MI 48220 | foleymansfield.com

Chicago | Denver | **Detroit** | Edwardsville | Indianapolis | Kansas City | Los Angeles | Miami | Minneapolis | New Orle
Portland | St. Louis | Seattle | Tampa Bay | Walnut Creek

NOTICE: Important disclaimers and limitations apply to this email. Please click HERE to view these disclaimers and limitations.

**From:** Matthew T. Wise <mwise@foleymansfield.com>
**Sent:** Thursday, August 5, 2021 1:18 PM
**To:** Infante, Joseph M. <infante@millercanfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

I'm ok with that plan and will get back to you after looking at the calendar.

You are correct on Greg.


Sent from my Sprint Samsung Galaxy S10.



-------- Original message --------
From: "Infante, Joseph M." <infante@millercanfield.com>
Date: 8/5/21 12:30 PM (GMT-05:00)
To: "Matthew T. Wise" <mwise@foleymansfield.com>, "Guikema, Marchall A." <guikema@millercanfield.com>, "Gregory M. Meihn" <gmeihn@foleymansfield.com>

Cc: "Gartman, Christopher J." <Gartman@millercanfield.com>, "Ragatzki, Stephen M." <Ragatzki@millercanfield.com>, "Katie R. Johnson" <kjohnson@foleymansfield.com>, "Shannon K. Breznai" <sbreznai@foleymansfield.com>
Subject: RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

I think we will need two weeks to get through all of the depositions.  How about we look at our calendars between now and the end of September and exchange dates where we can have blocks of 2-3 days in a row? Once we have those blocks identified we can figure out which deponents fit into each block.  It may be two of yours and three of mine or vice versa.  Sounds okay?

On Greg, are you objecting altogether to his deposition?  If so I will get together a motion to compel to get that process started.

_____
Joseph M. Infante | Attorney and Counselor at Law
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, Michigan 49503 (USA)
T +1.616.776.6333 |F +1.616.776.6322 | Mobile +1.231.740.8199
infante@millercanfield.com | View Profile + VCard
LinkedIn |  Twitter |  Facebook |  YouTube


_____

**From:** Matthew T. Wise <mwise@foleymansfield.com>
**Sent:** Thursday, August 5, 2021 11:51 AM
**To:** Infante, Joseph M. <infante@millercanfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

**CAUTION EXTERNAL EMAIL:** DO NOT open attachments or click links from unknown or unexpected emails.

I am still waiting on availability from our witnesses, but am in the process and of course am cognizant of our fact witness deposition deadline of September 2.  With what will amount to upwards of 15 depositions, do we want to discuss 30 days extra for the fact witness depositions only without moving any other dates (given that discovery itself is open until November)?   Then, we could arrange a week or two in early September and get it solid on the books to get through everything and perhaps allow the possibility the Court may decide some of the pending motions (PTP intervention and your MSJ) in the interim?  Thoughts?



**Matthew T. Wise**  | Partner |
T: 248-721-8152 | F: 248-721-4201
130 East Nine Mile Road | Ferndale, MI 48220 | foleymansfield.com

Chicago | Denver | **Detroit** | Edwardsville | Indianapolis | Kansas City | Los Angeles | Miami | **Minneapolis** | New Orle
Portland | St. Louis | Seattle | Tampa Bay | Walnut Creek
NOTICE: Important disclaimers and limitations apply to this email.  Please click HERE to view these disclaimers and limitations.

**From:** Infante, Joseph M. <infante@millercanfield.com>
**Sent:** Thursday, August 5, 2021 11:47 AM
**To:** Matthew T. Wise <mwise@foleymansfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

Matt, is there a certain timeframe you are looking to do these depositions?  Discovery ends at the end of August so if we are going to get them in within the deadline we need to move quickly.  If you are looking to go into September we should discuss that as well.

_____
Joseph M. Infante | Attorney and Counselor at Law
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, Michigan 49503 (USA)
T +1.616.776.6333 |F +1.616.776.6322 | Mobile +1.231.740.8199
infante@millercanfield.com | View Profile + VCard
LinkedIn |  Twitter  |  Facebook  |  YouTube

_____

**From:** Matthew T. Wise <mwise@foleymansfield.com>
**Sent:** Wednesday, August 4, 2021 5:15 PM
**To:** Infante, Joseph M. <infante@millercanfield.com>; Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

**CAUTION EXTERNAL EMAIL:** DO NOT open attachments or click links from unknown or unexpected emails.

We will propose additional dates as soon as possible and like you, have reached out for the same.  Thanks.



**Matthew T. Wise**  | Partner |
T: 248-721-8152 | F: 248-721-4201
130 East Nine Mile Road | Ferndale, MI 48220 | foleymansfield.com

Chicago | Denver | **Detroit** | Edwardsville | Indianapolis | Kansas City | Los Angeles | Miami | **Minneapolis** | New York | Portland | St. Louis | Seattle | Tampa Bay | Walnut Creek

NOTICE: Important disclaimers and limitations apply to this email.  Please click HERE to view these disclaimers and limitations.

**From:** Infante, Joseph M. <infante@millercanfield.com>
**Sent:** Wednesday, August 4, 2021 5:07 PM
**To:** Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>; Matthew T. Wise <mwise@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie

6

R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** Re: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

Also, if the dates I scheduled do not work please propose alternate dates. With discovery ending soon I needed to notice them but will work with you on mutually agreeable dates.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Infante, Joseph M. <infante@millercanfield.com>
**Sent:** Wednesday, August 4, 2021 5:05:47 PM
**To:** Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>; Matthew T. Wise <mwise@foleymansfield.com>
**Cc:** Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** Re: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

Matt, you should connect with Greg.  He and I discussed this and when I informed him that I would be scheduling these depositions he said he understood.  There is no basis to demand I
 withdraw the depsotion notices. As for my clients, I have been collecting available dates today and will have dates for you tomorrow for those depositions.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Matthew T. Wise <mwise@foleymansfield.com>
**Sent:** Wednesday, August 4, 2021 4:52:09 PM
**To:** Guikema, Marchall A. <guikema@millercanfield.com>; Gregory M. Meihn <gmeihn@foleymansfield.com>
**Cc:** Infante, Joseph M. <infante@millercanfield.com>; Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>; Katie R. Johnson <kjohnson@foleymansfield.com>; Shannon K. Breznai <sbreznai@foleymansfield.com>
**Subject:** RE: WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

**CAUTION EXTERNAL EMAIL:** DO NOT open attachments or click links from unknown or unexpected emails.

Joe, please withdraw these deposition notices.  We have asked for deposition dates for your people since mid-May and heard nothing from you.  We also previously noticed your clients' representatives for depositions and agreed to hold off as resolution efforts were made.  To now unilaterally notice these depositions after we exchanged correspondence just yesterday about getting dates is unacceptable and against the understanding we believed to have reached.  If you do not desire to work out mutually agreeable dates, which we are happy to do with the exception of the deposition of Mr. Meihn, we will be filing a Motion immediately.  Thanks.



**Matthew T. Wise**  | Partner |
T: 248-721-8152 | F: 248-721-4201
130 East Nine Mile Road | Ferndale, MI 48220 | foleymansfield.com

Chicago | Denver | **Detroit** | Edwardsville | Indianapolis | Kansas City | Los Angeles | Miami | **Minneapolis** | New
New York | Portland | St. Louis | Seattle | Tampa Bay | Walnut Creek

**NOTICE:** Important disclaimers and limitations apply to this email. Please click <u>HERE</u> to view these disclaimers and limitations.

**From:** Guikema, Marchall A. <guikema@millercanfield.com>
**Sent:** Wednesday, August 4, 2021 2:41 PM
**To:** Gregory M. Meihn <gmeihn@foleymansfield.com>; Matthew T. Wise <mwise@foleymansfield.com>
**Cc:** Infante, Joseph M. <infante@millercanfield.com>; Gartman, Christopher J. <Gartman@millercanfield.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>
**Subject:** WOMP - Peninsula Twp. - Notices of Taking Depositions [MCPS-ACTIVE.FID2611943]

Please see attached Notices of Taking Depositions along with our Certificate of Service. Thank you.

**Marchall A. Guikema** | Legal Assistant to Robert L. DeJong, Joseph M. Infante, Christopher J. Gartman, and Steve Ragatzki
**Miller Canfield**
99 Monroe Avenue NW, Suite 1200
Grand Rapids, Michigan 49503 (USA)
**T** +1.616.776.6310 | **F** +1.616.776.6322
guikema@millercanfield.com
LinkedIn | Twitter | Facebook | YouTube

This electronic message and all of its contents and attachments contain information from the law firm of Miller, Canfield, Paddock and Stone, P.L.C. which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, then any disclosure, copying, distribution or use of this message, or its contents or any of its attachments, is prohibited. If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.

You have received a message from the law firm Miller Canfield. The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.