UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al,

    Plaintiffs,

v.

TOWNSHIP OF PENINSULA,

    Defendant.
_____/

Case No. 1:20-cv-1008

Hon. Paul L. Maloney

**ORDER**

Oral argument was held this date on Defendant's Motion to Compel Deposition of Joseph M. Infante (ECF No. 96). For the reasons stated on the record at the hearing, the motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated:  November 12, 2021      /s/ Ray Kent
    RAY KENT
    United States Magistrate Judge