UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA (WOMP) ASSOC., a
Michigan Nonprofit Corporation, et al

    Plaintiffs,

v.

PENINSULA TOWNSHIP, Michigan
Municipal Corporation,

    Defendant.

Case No. 1:20-cv-01008

Hon. Paul L. Maloney
Magistrate Ray S. Kent

## ORDER

This matter is before the Court on Defendant's Motion to Compel Responses to Defendant's Second Request for Production and Brief in Support (ECF No. 97). Plaintiffs have responded. (ECF No. 112). The parties appeared at a hearing on November 12, 2021, and the Court being fully advised in the premises, Defendant's Motion to Compel Discovery Responses is **GRANTED in part** and **DENIED in part**:

    **IT IS ORDERED** that Defendant's motion to compel a response to Request for Production 3, 4, 5 and 12 is **GRANTED in part**. Plaintiffs shall respond to these Requests for Production limited the previous five years and only as to any citations, violations and/or complaints related to alcohol/alcohol service, noise and fire code issues relative to capacity.

    **IT IS FURTHER ORDERED** that Defendant's motion to compel a response to Requests for Production 21 and 22 is **GRANTED in part** and each of the Plaintiffs shall produce Profit and Loss statements for the previous five years, as well as both state and federal tax returns for the previous five years.

2196125 v1

**IT IS FURTHER ORDERED** that Defendant's motion to compel a response to Requests for Production 17, 18 and 20 is **GRANTED in part** and Plaintiffs will produce records from Facebook, social media sites and posts, limited to the previous five years related to events, music and advertising for events and guest activities.

**IT IS FURTHER ORDERED** that Defendant's motion to compel a response to Request for Production 19 is **GRANTED in part** and Plaintiffs will produce documents regarding their food sales for each of the previous five years.

As to the remainder of Defendant's Motion to Compel, it is **DENIED.**

**IT IS SO ORDERED.**

/s/  /s/ Ray Kent
RAY S. KENT
United States Magistrate Judge

Dated:  November 22, 2021

Stipulated as to Form:

Dated: November 18, 2021

*/s/ Gregory M. Meihn*
Gregory M. Meihn (P38939)
Matthew T. Wise (P76794)
130 East 9 Mile Road
Ferndale, MI 48220-3728
(248) 721-4200 / Fax: (248) 721-4201
gmeihn@foleymansfield.com
mwise@foleymansfield.com
**Counsel for Defendant**

Dated: November 18, 2021

*/s/ Joseph M. Infante*
Joseph M. Infante (P68719)
Stephen M. Ragatzki  (P81952)
Christopher J. Gartman (P83286)
MILLER CANFIELD PADDOCK & STONE
99 Monroe Avenue, NW Suite 1200
Grand Rapids, MI 49503
616.454-8656
infante@millercanfield.com
**Counsel for Plaintiffs**

2196125 v1