UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*, Plaintiffs, | |
| -v- | No. 1:20-cv-1008 |
| | Honorable Paul L. Maloney |
| PENINSULA TOWNSHIP, Defendant. | |

**ORDER REGARDING SANCTIONS**

On December 2, 2021, this Court heard oral argument on Plaintiffs' motion for sanctions (ECF No. 100). For the reasons stated on the record, the Court will grant the motion and award Plaintiffs' attorney fees, travel costs, and other reasonable expenses related to the time the parties reached a tentative agreement on the evening of September 13, 2021, through the Board's rejection of the settlement terms.

Defendant also requested that the Court award the Township reasonable costs and attorney fees "for having to respond to [Plaintiffs'] frivolous Motion [to enforce settlement agreement." (ECF No. 110 at PageID.4207). Mr. Infante objected to this request, claiming that it was procedurally improper under Fed. R. Civ. P. 11 ("A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b)."). Regardless of whether the Township's request for sanctions, which was embedded in its response to Plaintiffs' motion to enforce the settlement agreement, for the reasons stated on the record, the Court finds no grounds to award the Township sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for sanctions (ECF No. 100) is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Infante must file with this Court a proposal for attorney fees and other reasonable costs by **December 16, 2021**. Mr. Meihn may respond to Mr. Infante's proposed fees and costs by **December 29, 2021**.

**IT IS FURTHER ORDERED** that the Township's request for sanctions (ECF No. 110) is **DENIED**. Plaintiff's Motion was meritorious in part, precluding the award of fees and costs to the Township.

**IT IS SO ORDERED**.

Date: December 7, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge