UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

      Plaintiffs,                         Case No. 1:20–cv–1008

  v.                                   Hon. Paul L. Maloney

PENINSULA, TOWNSHIP OF,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Settlement Conference
Date/Time:  January 4, 2022   01:30 PM
Magistrate Judge:  Ray Kent
Place/Location:  584 Federal Building, Grand Rapids, MI

                                      RAY KENT
                                      U.S. Magistrate Judge

Dated:  December 8, 2021       By:   /s/ Faith Hunter Webb
                                         Judicial Assistant