UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

       Plaintiffs,                    Case No. 1:20−cv−1008

v.                              Hon. Paul L. Maloney

PENINSULA, TOWNSHIP OF,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   December 30, 2021   11:00 AM
Magistrate Judge:   Ray Kent
Place/Location:   by video

*THE STATUS CONFERENCE IS FOR COUNSEL ONLY. THE COURT WILL FURNISH THE PARTIES WITH THE VIDEO LINK.*

                                      RAY KENT
                                      U.S. Magistrate Judge

Dated:  December 8, 2021       By:  /s/ Faith Hunter Webb
                                                   Judicial Assistant