UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA (WOMP) ASSOC., a Michigan Nonprofit Corporation, BOWERS HARBOR VINEYARD & WINERY, INC, BRYS WINERY, LLC, CHATEAU GRAND TRAVERSE, LTD, CHATEAU OPERATIONS, LTD, GRAPE HARBOR, INC., MONTAGUE DEVELOPMENT, LLC, OV THE FARM, LLC, TABONE VINEYARDS, LLC., TWO LADS, LLC, VILLA MARI LLC, WINERY AT BLACK STAR FARMS, L.L.C., | Case No: 1:20-cv-01008<br><br>Honorable Paul L. Maloney<br>Magistrate Ray S. Kent<br><br><br>ORAL ARGUMENT REQUESTED |
| Plaintiffs, | |
| v | |
| PENINSULA TOWNSHIP, Michigan Municipal Corporation, | |
| Defendant. | |

| | |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>*Attorneys for Plaintiffs*<br>Joseph M. Infante (P68719)<br>Stephen M. Ragatzki (P81952)<br>Christopher J. Gartman (P83286)<br>99 Monroe Avenue NW, Suite 1200<br>Grand Rapids, MI  49503<br>(616) 776-6333<br>infante@millercanfield.com<br>gartman@millercanfield.com | FOLEY & MANSFIELD, P.L.L.P.<br>*Attorneys for Defendant*<br>Gregory M. Meihn (P38939)<br>Matthew T. Wise (P76794)<br>130 East 9 Mile Road<br>Ferndale, MI 48220-3728<br>(248) 721-4200 / Fax: (248) 721-4201<br>gmeihn@foleymansfield.com<br>mwise@foleymansfield.com |

## **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs, WINERIES OF THE OLD MISSION PENINSULA (WOMP) ASSOC., BOWERS HARBOR VINEYARD & WINERY, INC., BRYS WINERY, LLC, CHATEAU GRAND TRAVERSE, LTD, CHATEAU OPERATIONS, LTD, GRAPE HARBOR, INC., MONTAGUE DEVELOPMENT, LLC, OV THE FARM, LLC, TABONE VINEYARDS, LLC.,

1

TWO LADS, LLC, VILLA MARI LLC, WINERY AT BLACK STAR FARMS, L.L.C., (collectively "Plaintiffs"), by and through their attorneys, Miller, Canfield, Paddock and Stone, P.L.C. move pursuant to Fed. R. Civ. P. 56 for summary judgment on Counts I, II, IV, V, VI, and VII of their First Amended Complaint as there is no genuine issue of material fact and Plaintiffs are entitled to judgment as a matter of law. Plaintiffs rely on the attached Brief in Support of Motion for Partial Summary Judgment and the Exhibits thereto in support of the relief requested.

WHEREFORE, Plaintiffs respectfully requests that this Court enter a judgment in their favor and declare that Sections 6.7.2(19)(a), 6.7.2(19)(b)(1)(ii), 6.7.2(19)(b)(1)(iii), 6.7.2(19)(b)(1)(v), 6.7.2(19)(b)(2)(i), 6.7.2(19)(b)(2)(v), 6.7.2(19)(b)(6), 8.7.3(10)(m), 8.7.3(10)(u)(1)(b), 8.7.3(10)(u)(1)(d), 8.7.3(10)(u)(2)(a), 8.7.3(10)(u)(2)(b), 8.7.3(10)(u)(2)(c), 8.7.3(10)(u)(2)(d), 8.7.3(10)(u)(2)(e), 8.7.3(10)(u)(3), 8.7.3(10)(u)(5)(a), 8.7.3(10)(u)(5)(c), 8.7.3(10)(u)(5)(d), 8.7.3(10)(u)(5)(h), 8.7.3(12)(i), and 8.7.3(12)(k) of Peninsula Township's Ordinance are unconstitutional and award Plaintiffs' their costs and attorneys' fees incurred in bringing this action.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.

By:   /s/ Joseph M. Infante
    Joseph M. Infante (P68719)
    Stephen M. Ragatzki (P81952)
    Christopher J. Gartman (P83286)
    99 Monroe Avenue NW, Suite 1200
    Grand Rapids, MI  49503
    (616) 776-6333
    infante@millercanfield.com
    gartman@millercanfield.com

Dated:  December 30, 2021