UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*, <br> Plaintiffs, <br><br> -v- <br><br> PENINSULA TOWNSHIP, <br> Defendant. | No. 1:20-cv-1008 <br><br> Honorable Paul L. Maloney |

## JUDGMENT – ATTORNEY FEES AND COSTS

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of Plaintiffs and against Defendant in the amount of $17,142.48.

**IT IS SO ORDERED.**

Date: January 5, 2022                                    /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge