UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

      Plaintiffs,                         Case No. 1:20−cv−1008

      v.                                  Hon. Paul L. Maloney

PENINSULA, TOWNSHIP OF,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Partial Summary Judgment (ECF No. )<br>Motion for Partial Summary Judgment (ECF No. 53)<br>Motion for Partial Summary Judgment (ECF No. 135)<br>Motion for Summary Judgment (ECF No. 142) |
| Date/Time: | April 22, 2022   09:00 AM |
| District Judge: | Paul L. Maloney |
| Place/Location: | 174 Federal Building, Kalamazoo, MI |

                                                    PAUL L. MALONEY
                                                    United States District Judge

Dated:  February 7, 2022        By:   /s/ Amy C. Redmond
                                                  Case Manager