UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

      Plaintiffs,             Case No. 1:20−cv−1008

v.                     Hon. Paul L. Maloney

PENINSULA, TOWNSHIP OF,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:    March 21, 2022   11:00 AM
Magistrate Judge:    Ray Kent
Place/Location:    by video

*The Court will provide a link for the video conference hearing.*

                                   RAY KENT
                                   U.S. Magistrate Judge

Dated:  March 17, 2022      By:    /s/ Stephanie Carpenter
                                          Courtroom Deputy