UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

       Plaintiffs,                      Case No. 1:20−cv−1008

    v.                                    Hon. Paul L. Maloney

PENINSULA, TOWNSHIP OF,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Settlement Conference
Date/Time:             March 31, 2022   10:00 AM
Magistrate Judge:   Ray Kent
Place/Location:      584 Federal Building, Grand Rapids, MI

*Attorneys Infante and Meihn only shall appear for the conference.*

                                                RAY KENT
                                                U.S. Magistrate Judge

Dated:  March 21, 2022        By:    /s/ Faith Hunter Webb
                                               Judicial Assistant