UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:20-cv-01008-PLM-RSK | |
| **Caption:** Wineries of the Old Mission Peninsula Assoc. et al v. Peninsula, Township of | |

| **Date:** March 21, 2022 | **Time:** 11:03 - 11:17 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFFS:** | Joseph M. Infante | Wineries of the Old Mission Peninsula Assoc., et al. |
| **DEFENDANT:** | Gregory M. Meihn<br>Matthew T. Wise | Township of Peninsula |

## PROCEEDINGS

**NATURE OF HEARING:**

**STATUS CONFERENCE** held by video conference regarding additional settlement conferences.

Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter