UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

      Plaintiffs,                    Case No. 1:20−cv−1008

v.                                    Hon. Paul L. Maloney

PENINSULA, TOWNSHIP OF,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Settlement Conference
Date/Time:            April 15, 2022   10:00 AM
Magistrate Judge:   Ray Kent
Place/Location:      584 Federal Building, Grand Rapids, MI

*Attorneys Infante and Meihn only shall appear for the conference.*

                                              RAY KENT
                                              U.S. Magistrate Judge

Dated:   April 11, 2022         By:    /s/ Stephanie Carpenter
                                                Courtroom Deputy