UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:20-cv-01008-PLM-RSK | |
| **Caption:** Wineries of the Old Mission Peninsula Assoc. et al v. Peninsula, Township of | |

| **Date:** May 19, 2022 | **Time:** 10:09 - 11:34 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFFS:** | Joseph M. Infante | Wineries of the Old Mission Peninsula Assoc. et al. |
| **DEFENDANT:** | Gregory M. Meihn | Peninsula, Township of |

## PROCEEDINGS

**NATURE OF HEARING:**

**SETTLEMENT CONFERENCE** continued from 4/15/22; the parties did not reach a settlement of the case.

| Event | Time | Digitally recorded |
|---|---|---|
| Opening remarks / comments | 10:09 - 10:14 a.m. | Yes |
| Settlement discussions between Judge and parties | 10:14 - 11:34 a.m. | No |

Portions of Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter