UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

    Plaintiffs,

v.

TOWNSHIP OF PENINSULA,

    Defendant.
_____/

Case No. 1:20-cv-1008

HONORABLE PAUL L. MALONEY

## ORDER REGARDING RESPONSE TO MOTION

On June 24, 2022, Defendant filed a motion for stay of injunction pending appeal pursuant to Rule 62(c) (ECF No. 167). Pursuant to a notice by the Clerk of Court, a corrected motion was filed on June 27, 2022 (ECF No. 169). The deadline for Plaintiffs to file a response to the corrected motion is **July 8, 2022**.

Dated: June 28, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge