UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

    Plaintiffs,

v.

TOWNSHIP OF PENINSULA,

    Defendant.
_____/

Case No. 1:20-cv-1008

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pending before the Court is Defendant's motion for leave to file briefs and supplemental exhibits under seal (ECF No. 192). Plaintiffs do not oppose the motion (ECF No. 193). Therefore,

**IT IS HEREBY ORDERED** that the motion for leave to file briefs and supplemental exhibits under seal (ECF No. 192) is GRANTED for the reasons stated in the motion.

Dated:  July 14, 2022

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge