UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>-v-<br><br>PENINSULA TOWNSHIP,<br>　　　　　　　Defendant. | No. 1:20-cv-1008<br><br>Honorable Paul L. Maloney |

## PRELIMINARY INJUNCTION

As of 12:01 a.m. on July 20, 2022, in accordance with the opinion and order entered on June 3, 2022, Defendant Peninsula Township is **ENJOINED** from enforcing any subsection of 6.2.7(19), 8.7.3(10), and 8.7.3(12) of the Township Winery Ordinances that the Court found to be unconstitutional or contrary to law.

**IT IS SO ORDERED**.

Date: July 19, 2022　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge