UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

      Plaintiffs,                           Case No. 1:20−cv−1008

v.                                      Hon. Paul L. Maloney

PENINSULA, TOWNSHIP OF,

      Defendant.
_____/

## ORDER

      Defendant has filed supplemental exhibit F (ECF No. 218) to its motion to strike plaintiffs' expert witness, Eric Larson, CPA (ECF No. 175). This matter is now before the Court on plaintiffs' expedited motion to strike supplemental exhibit F (ECF No. 219). Defendant's supplemental exhibit F is untimely and unauthorized. Upon due consideration, plaintiffs' motion to strike supplemental exhibit F (ECF No. 219) is GRANTED and defendant's supplemental exhibit F (ECF No. 218) is STRICKEN.

      IT IS SO ORDERED.

Dated:  August 3, 2022                                        /s/ Ray Kent
                                                                  RAY KENT
                                                                  U.S. Magistrate Judge