UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION, *et al.*,

        Plaintiffs,

v.

PENINSULA TOWNSHIP,
        Defendant.

_____/

Case No. 1:20-cv-1008

Hon. Paul L. Maloney

**ORDER TO VACATE MOTION HEARING ON "PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY REGARDING HISTORY OF PENINSULA TOWNSHIP ORDINANCES AND TESTIMONY FROM NON-TOWNSHIP EMPLOYEES" (ECF NO. 182)**

The Court scheduled a motion hearing on August 5, 2022, to address four motions in limine in this case. *See* Notice of Hearing (ECF No. 210). Upon further review of the filings, the Court has determined that a hearing is unnecessary with respect to plaintiffs' Motion in limine to exclude evidence and testimony regarding history of Peninsula Township ordinances and testimony from non-township employees (ECF No. 182). Accordingly, the hearing on that motion is **cancelled**. *See* W.D. Mich. LCivR 7.3(d) ("In its discretion, the court may schedule oral argument or may dispose of the motion without argument.").

        **IT IS SO ORDERED.**

Dated:  August 3, 2022

                              /s/ Ray Kent
                              United States Magistrate Judge