UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

    Plaintiffs,                          Case No. 1:20-cv-1008

v.                                         HON. PAUL L. MALONEY

TOWNSHIP OF PENINSULA,

    Defendant.
_____/

## ORDER ADJOURNING TRIAL

For the reasons stated on the record at the hearing held on today's date:

**IT IS HEREBY ORDERED** that the trial scheduled to commence August 16, 2022 is ADJOURNED pending further order of the Court.


Dated:  August 8, 2022                                      /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 United States District Judge