UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | No. 1:20-cv-1008 |
| -v- | ) ) | Honorable Paul L. Maloney |
| PENINSULA TOWNSHIP, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| PROTECT THE PENINSULA, INC., | ) ) | |
| Intervenor-Defendant. | ) ) | |

### ORDER ACCEPTING FILINGS AND SETTING BRIEFING SCHEDULE

On appeal, the Sixth Circuit has permitted Protect the Peninsula, Inc. ("PTP") to intervene as a Defendant in this matter. *See Wineries of the Old Mission Peninsula Ass'n v. Twp. of Peninsula*, 41 F.4th 767 (6th Cir. 2022). Following the appeal and before the mandate issued, PTP filed a motion for leave to file a motion to amend the case management order (ECF No. 229). On August 18, 2022, the Sixth Circuit issued the mandate, remanding the matter back to this Court and giving PTP full status as a party. As such, the Court **ACCEPTS** PTP's proposed answer (ECF No. 41-1) for filing.

Moreover, now that PTP is a party, PTP may file motions in this matter. The Court therefore **GRANTS** PTP's motion for leave to file (ECF No. 229) and **ACCEPTS** PTP's proposed motion to amend the case management order (ECF No. 229-1) for filing, as well as the Wineries and Township's responses to the motion (ECF Nos. 233, 234). PTP may

file a reply to the Wineries and Township's responses within **fourteen days** of the date of this order, specifically addressing the role that it intends to play in this litigation. Then, within **fourteen days** after PTP files its reply, the Wineries and Township may file a sur-reply, specifically addressing what role they wish PTP to play in this litigation. *See* W.D. Mich. LCivR 7.3(c).

**IT IS SO ORDERED.**

Date: August 22, 2022                                      /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge