**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 14, 2022

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 22-1534, *Wineries of the Old Mission Peninsula Association, et al v. Township of Peninsula, MI*
Originating Case No.  1:20-cv-01008

Dear Ms. Filkins:

   Enclosed is a copy of the mandate filed in this case.

                                                Sincerely yours,

                                                s/Patricia J. Elder, Senior Case Manager
                                                   for Michelle Lambert, Case Manager

cc:  Ms. Tracy J. Andrews
     Mr. John S. Brennan
     Mr. Eric Paul Conn
     Mr. Timothy Allen Diemer
     Mr. William Kelly Fahey
     Mr. Christopher J. Gartman
     Mr. Joseph M. Infante
     Mr. Gregory M. Meihn
     Mr. Christopher Scott Patterson
     Mr. Stephen M Ragatzki
     Mr. Matthew T. Wise

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-1534

_____

Filed: September 14, 2022

WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, a Michigan Nonprofit Corporation (WOMP); BOWERS HARBOR VINEYARD & WINERY, INC, a Michigan Corporation; BRYS WINERY, LC, a Michigan Corporation; CHATEAU GRAND TRAVERSE, LTD., a Michigan Corporation; GRAPE HARBOR INC., a Michigan Corporation; MONTAGUE DEVELOPMENT, LLC, a Michigan limited liability company; OV THE FARM LLC, a Michigan liability company; TABONE VINEYARDS, LLC, a Michigan liability company; TWO LADS, LLC, a Michigan liability company; VILLA MARI, LLC, a Michigan liability company; WINERY AT BLACK STAR FARMS LLC, a Michigan liability company; CHATEAU OPERATIONS, LTD, a Michigan Corporation

   Plaintiffs - Appellees

v.

TOWNSHIP OF PENINSULA, MI, a Michigan Municipal Corporation

   Defendant - Appellant

PROTECT THE PENINSULA, INC.

   Movant

## MANDATE

Pursuant to the court's disposition that was filed 08/23/2022 the mandate for this case hereby issues today.

COSTS: None