UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

    Plaintiffs,                                       Case No. 1:20-cv-1008

v.                                             HONORABLE PAUL L. MALONEY

TOWNSHIP OF PENINSULA,

    Defendant.

And

PROTECTED THE PENINSULA, INC.,

    Intervenor-Defendant,
_____/

## ORDER REGARDING RESPONSE TO MOTION AND SCHEDULING HEARING

On October 25, 2022, Intervenor-Defendant Protect the Peninsula, Inc. filed a motion to set aside summary judgment order (ECF No. 285). The deadline to file a response to the motion is **November 8, 2022**. Oral argument on the motion will be heard on **November 17, 2022, at 9:00 a.m.**

Dated:  October 26, 2022                                        /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge