UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Wineries of the Old Mission Peninsula Assoc., et al v. Twp of Peninsula, et al

**Case Number:** 1:20-cv-1008
**Date:** November 17, 2022
**Time:** 9:19 a.m. - 10:56 a.m.
 11:25 a.m. – 12:57 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

## APPEARANCES

Plaintiffs: Joseph M. Infante, Barry Kaltenbach, Christopher Gartman

Defendant Township of Peninsula: Timothy A. Diemer, William K. Fahey, Eric P. Conn, and Gregory M. Meihn

Defendant Protect the Peninsula, Inc.: Tracy J. Andrews and Holly L. Hillyer

## PROCEEDINGS

Nature of Hearing: Hearing on motion to amend CMO (ECF No. 249), motion to dismiss state law claims (ECF No. 250), and motion to set aside summary judgment order (ECF No. 285); written opinion and order to issue

Court Reporter: Kathleen Thomas         Case Manager: Amy Redmond