UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*, <br>       Plaintiffs, <br><br> -v- <br><br> PENINSULA TOWNSHIP, <br>       Defendant, <br><br> and <br><br> PROTECT THE PENINSULA, INC., <br>       Intervenor-Defendant. | No. 1:20-cv-1008 <br><br> Honorable Paul L. Maloney |

## ORDER TO RESPOND

Defendant Peninsula Township has filed a motion for relief from the June 3, 2022 Summary Judgment Opinion and Order[1] (ECF No. 288). The deadline for Plaintiffs to respond to that motion is November 28, 2022.

**IT IS SO ORDERED.**

Date: November 18, 2022                                           /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge

---

[1] ECF No. 162.