
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WINERIES OF THE OLD MISSION PENINSULA ASSOC (WOMP), a Michigan nonprofit corporation; BOWERS HARBOR VINEYARD & WINERY, INC, a Michigan corporation; BRYS WINERY, LC, a Michigan corporation; CHATEAU GRAND TRAVERSE, LTD, a Michigan corporation; CHATEAU OPERATIONS, LTD, a Michigan corporation; GRAPE HARBOR, INC, a Michigan corporation; MONTAGUE DEVELOPMENT, LLC, a Michigan limited liability company; OV THE FARM, LLC; a Michigan limited liability company; TABONE VINEYARDS, LLC, a Michigan limited liability company; TWO LADS, LLC, a Michigan limited liability company; VILLA MARI LLC, a Michigan limited liability company; WINERY AT BLACK STAR FARMS, LLC, a Michigan limited liability company,

   Plaintiffs,

v

PENINSULA TOWNSHIP, a Michigan municipal corporation,

   Defendant,

and

PROTECT THE PENINSULA, INC.,

   Intervenor-Defendant.

Case No. 1:20-cv-01008

HON. PAUL L. MALONEY
MAG. JUDGE RAY S. KENT

**NOTICE TO CLARIFY RESPONSE TO QUESTION AT ORAL ARGUMENT REGARDING PTP MOTION TO DISMISS ECF 250**

| | |
|---|---|
| Joseph M. Infante (P68719) | Gregory M. Meihn (P38939) |
| Christopher J. Gartman (P83286) | Matthew T. Wise (P76794) |
| *Miller, Canfield, Paddock* | *Gordon Rees Scully Mansukhani* |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 99 Monroe Ave., NW, Suite 1200 | 37000 Woodward Avenue, Suite 225 |
| Grand Rapids, MI 49503 | Bloomfield Hills, MI 48304 |
| (616) 776-6333 | (313) 756-6428 |
| infante@millercanfield.com | gmeihn@grsm.com |
| gartman@millercanfield.com | mwise@grsm.com |
| | |
| Timothy A. Diemer (P65084) | William K. Fahey (P27745) |
| Eric P. Conn (P64500) | John S. Brennan (P55431) |
| *Jacobs and Diemer, P.C.* | Christopher S. Patterson (P74350) |
| Of Counsel for Defendant | *Fahey Schultz Burzych Rhodes PLC* |
| The Guardian Building | Co-Counsel for Defendant |
| 500 Griswold Street, Suite 2825 | 4151 Okemos Road |
| Detroit, MI 48226 | Okemos, MI 48864 |
| (313) 965-1900 | (517) 381-0100 |
| tad@jacobsdiemer.com | wfahey@fsbrlaw.com |
| econn@jacobsdiemer.com | jbrennan@fsbrlaw.com |
| | cpatterson@fsbrlaw.com |
| Tracy Jane Andrews (P67467) | Holly L. Hillyer (P85318) |
| *Law Office of Tracy Jane Andrews, PLLC* | *Olson, Bzdok & Howard, P.C.* |
| Attorneys for Intervener | Co-Counsel for Intervener |
| 420 East Front Street | 420 East Front Street |
| Traverse City, MI 49686 | Traverse City, MI 49686 |
| (231) 946-0044 | (231) 946-0044 |
| tjandrews@envlaw.com | holly@envlaw.com |

_____

**NOTICE TO CLARIFY RESPONSE TO QUESTION
AT ORAL ARGUMENT REGARDING PTP MOTION TO DISMISS ECF 250**

Intervener Protect the Peninsula, Inc. (PTP) files this notice to clarify a response to a question provided by Undersigned Counsel Tracy Jane (TJ) Andrews at the hearing held November 17, 2022, before Honorable Judge Maloney. The transcript of the hearing is not yet available, so this motion is based on Counsel's after-the-fact recollection and interpretation of one exchange over the course of several hearings.

In the hearing on PTP's Motion to Dismiss Plaintiffs' State Law Claims (ECF No. 250),

2

Judge Maloney posed a question regarding Counsel's position whether Plaintiffs Wineries of Old Mission Assoc. (Wineries) have stated claims upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). In response, Counsel believes she agreed that the Wineries have stated claims alleging conflict preemption. Counsel interpreted the question as inquiring whether Plaintiffs' preemption claims in their First Amended Complaint satisfy federal pleading standards in Rule 12(b)(6).

PTP did not interpret the Court's question to be inquiring whether PTP agrees the Wineries have stated *valid* or *meritorious* claims under their conflict preemption theory. However, to the extent there is any ambiguity, PTP clarifies its position. PTP maintains that Plaintiffs' preemption claims must fail as a matter of law on the merits for the reasons discussed in briefing and at the hearing. ECF No. 250, PageID.8932-8948; ECF No. 273, PageID.9947-9956. When PTP first drafted its motion (April 2021, ECF No. 56-1) and continuing still, there were no apparent factual matters to be developed related to these legal claims. PTP cited Rule 12(b)(6) as a basis for the Court to dismiss the state claims on their merits (as opposed to Rule 12(b)(1) for lack of subject matter jurisdiction, PTP's alternative theory supporting dismissal). PTP might instead have cited Rule 12(c) for judgment on the pleadings,[1] or Rule 56 for summary judgment.[2] Regardless of which rule fits, PTP maintains the Wineries' state law claims should be dismissed, rejected, denied, or otherwise disposed of because they are contrary to and unsupported by Michigan law, as briefed and argued. Undersigned Counsel clarifies that the response to the Court's inquiry was in no way intended to waive (or concede or otherwise abandon) our firm position that the Wineries' state law claims are ripe for dismissal because they are meritless.

---

[1] At the time the motion was originally filed, PTP's motion to intervene and proposed answer and affirmative defenses had not been granted, so pleadings were not yet closed. Fed. R. Civ. P. 12(c).

[2] The Court addressed the merits of the Wineries' state law claims under Rule 56 in its Order Regarding Summary Judgment Motions (ECF No. 162).

Respectfully submitted,

Date: November 18, 2022                     By: _____
                                            Tracy Jane Andrews (P67467)
                                            Law Office of Tracy Jane Andrews, PLLC
                                            Attorneys for Intervener
                                            420 East Front Street
                                            Traverse City, MI 49686
                                            (231) 946-0044
                                            tjandrews@envlaw.com


Date: November 18, 2022                     By: _____
                                            Holly L. Hillyer (P85318)
                                            Olson, Bzdok & Howard, P.C.
                                            Co-Counsel for Intervener
                                            420 East Front Street
                                            Traverse City, MI 49686
                                            (231) 946-0044
                                            holly@envlaw.com


**CERTIFICATE OF SERVICE**

I, Tracy Jane Andrews, hereby certify that on the 18th day of November, 2022, I electronically filed the foregoing document with the ECF system which will send a notification of such to all parties of record.


                                            By: _____
                                            Tracy Jane Andrews (P67467)

4