UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

    Plaintiffs,

v.

TOWNSHIP OF PENINSULA,

    Defendant.

_____/

Case No. 1:20-cv-1008

HONORABLE PAUL L. MALONEY

## ORDER DISMISSING MOTION AS WITHDRAWN

On January 23, 2023, Plaintiffs filed a motion for order to show cause re William Fahey misrepresentations to the Court (ECF No. 312). Later the same day, Plaintiffs filed a notice of withdrawal of the motion (ECF No. 315). Therefore,

**IT IS HEREBY ORDERED** that the motion for order to show cause re William Fahey misrepresentations to the Court (ECF No. 312) is DISMISSED AS WITHDRAWN.

Dated:  January 24, 2023

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge