UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA, et al,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, a Michigan Municipal
Corporation,

        Defendant.
_____/

Case No.: 1:20-cv-1008-PLM
Hon. Paul L. Maloney

**STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL FOR PENINSULA TOWNSHIP**

| | |
|---|---|
| Stephen Michael Ragatzki (P81952)<br>Christopher James Gartman (P83286)<br>Joseph Mikhail Infante (P68719)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>99 Monroe Avenue NW, Ste 1200<br>Grand Rapids, MI 49503<br>(616) 776-6351<br>ragatzki@millercanfield.com<br>gartman@millercanfield.com<br>infante@millercanfield.com<br><br>Barry Kaltenbach<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>227 Monroe Street, Ste 3600<br>Chicago, IL 60606<br>(312) 460-4200<br>kaltenbach@millercanfield.com | Thomas J. McGraw (P48817)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant<br>2075 W. Big Beaver Road, Ste 750<br>Troy, MI 48084<br>(248) 502-4000<br>tmcgraw@mcgrawmorris.com<br><br>Bogomir Rajsic, III (P79191)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant<br>300 Ottawa Avenue, NW, Suite 820<br>Grand Rapids, MI 49503<br>(616) 288-3700/Fax (616) 214-7712<br>brajsic@mcgrawmorris.com |
| Scott Robert Eldridge (P66452)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>One E. Michigan Avenue, Ste 900<br>Lansing, MI 48933<br>(517) 487-2070<br>eldridge@millercanfield.com | Gregory M. Meihn (P38939)<br>Matthew T. Wise (P76794)<br>GORDON REES SCULLY MANSUKHANI<br>Attorneys for Defendant<br>130 E. Nine Mile Road<br>Ferndale, MI 48220<br>(586) 258-9480<br>gmeihn@grsm.com<br>mwise@grsm.com |
| John Stephen Gilliam (P81421)<br>PLUNKETT COONEY<br>Attorneys for Defendant<br>38505 Woodward Ave. Ste 100<br>Bloomfield Hills, MI 48034<br>(248) 433-7082<br>jgilliam@plunkettcooney.com | Eric Paul Conn (P64500)<br>Timothy Allen Diemer (P65084)<br>JACOBS & DIEMER<br>500 Griswold, Ste 2825<br>Detroit, MI 48226<br>(313) 965-1900<br>econn@jacobsdiemer.com<br>tdiemer@jacobsdiemer.com |

| | |
|---|---|
| William K. Fahey (P27745)<br>Christopher Scott Patterson (P74350)<br>John Seamus Brennan (P55431)<br>FAHEY SCHULTZ PLC<br>Attorneys for Defendant<br>4151 Okemos Road<br>Okemos, MI 48864<br>(517) 381-0100<br>wfahey@fsbrlaw.com<br>cpatterson@fsbrlaw.com<br>jbrennan@fsbrlaw.com | Holly L. Hillyer (P85318)<br>OLSON BZDOK & HOWARD PC<br>Attorneys for Movant<br>420 E. Front Street<br>Traverse City, MI 49686<br>(231) 946-0044<br>holly@envlaw.com |
| | Tracy Jane Andrews (P67467)<br>LAW OFFICE OF TRACY JANE ANDREWS<br>Attorneys for Movant<br>619 Webster Street<br>Traverse City, MI 48686<br>(231) 714-9402<br>tjandrews@envlaw.com |

### STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL FOR PENINSULA TOWNSHIP

This matter having come before the Court on the stipulation of the parties and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the firm of McGraw Morris, PC, by and through Thomas J. McGraw and Bogomir Rajsic, III, shall substitute in the place and stead of Gregory M. Meihn and Matthew T. Wise of Gordon, Rees, Scully, Mansukhani in the above-referenced civil action as counsel of record for Defendant Peninsula Township.

**IT IS SO ORDERED:**

Dated: February 7, 2023

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
United States District Court Judge

**IT IS SO STIPULATED:**

/s/ *Thomas J. McGraw*
Thomas J. McGraw (P48817)
Bogomir Rajsic, III (P79191)
McGraw Morris, PC
Dated: February 6, 2023

/s/ *Gregory M. Meihn*
Gregory M. Meihn (P38939)
Matthew T. Wise (P76794)
Gordon Rees Scully Mansukhani
Dated: February 6, 2023