UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA, *et al.*,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, a Michigan
Municipal Corporation,

        Defendant,

And

PROTECT THE PENINSULA,

        Intervenor-Defendant.

_____/

Case No.:  1:20-cv-1008-PLM
Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

**DEF PENINSULA TOWNSHIP'S MOTION TO STAY PROCEEDINGS**

**\*\*ORAL ARGUMENT REQUESTED\*\***

| | |
|---|---|
| Stephen Michael Ragatzki (P81952)<br>Christopher James Gartman (P83286)<br>Joseph Mikhail Infante (P68719)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>99 Monroe Avenue NW, Ste 1200<br>Grand Rapids, MI 49503<br>(616) 776-6351<br>ragatzki@millercanfield.com<br>gartman@millercanfield.com<br>infante@millercanfield.com<br><br>Barry Kaltenbach<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>227 Monroe Street, Ste 3600<br>Chicago, IL 60606<br>(312) 460-4200<br>kaltenbach@millercanfield.com | Thomas J. McGraw (P48817)<br>McGRAW MORRIS P.C.<br>Attorneys for  Defendant<br>2075 W. Big Beaver Road, Ste 750<br>Troy, MI 48084<br>(248) 502-4000)<br>tmcgraw@mcgrawmorris.com<br><br>Bogomir Rajsic, III (P79191)<br>McGRAW MORRIS P.C.<br>Attorneys for  Defendant<br>300 Ottawa Avenue, NW, Suite 820<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (616) 214-7712<br>brajsic@mcgrawmorris.com |
| Scott Robert Eldridge (P66452)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>One E. Michigan Avenue, Ste 900<br>Lansing, MI 48933<br>(517) 487-2070<br>eldridge@millercanfield.com | William K. Fahey (P27745)<br>Christopher Scott Patterson (P74350)<br>John Seamus Brennan (P55431)<br>FAHEY SCHULTZ PLC<br>Attorneys for Defendant<br>4151 Okemos Road<br>Okemos, MI 48864<br>(517) 381-0100<br>wfahey@fsbrlaw.com<br>cpatterson@fsbrlaw.com<br>jbrennan@fsbrlaw.com |

| | |
|---|---|
| John Stephen Gilliam (P81421)<br>PLUNKETT COONEY<br>Attorneys for Defendant<br>38505 Woodward Ave. Ste 100<br>Bloomfield Hills, MI 48034<br>(248) 433-7082<br>jgilliam@plunkettcooney.com | Tracy Jane Andrews (P67467)<br>LAW OFFICE OF TRACY JANE ANDREWS<br>Attorneys for Intervenor<br>619 Webster Street<br>Traverse City, MI 48686<br>(231) 714-9402<br>tjandrews@envlaw.com |
| | Holly L. Hillyer (P85318)<br>OLSON BZDOK & HOWARD PC<br>Attorneys for Intervenor<br>420 E. Front Street<br>Traverse City, MI 49686<br>(231) 946-0044<br>holly@envlaw.com |

**DEFENDANT PENINSULA TOWNSHIP'S MOTION TO STAY PROCEEDINGS TO ALLOW NON-PARTY MICHIGAN TOWNSHIP PARTICIPATING PLAN SUFFICIENT TIME TO INVESTIGATE CONFLICT OF INTEREST AND/OR MOVE TO DISQUALIFY PLAINTIFFS' COUNSEL**

Through July 21, 2014, Defendant, Peninsula Township, was a member of the Michigan Township Participating Plan (the "Par Plan"), a membership organization comprised of over 1,000 municipal members, primarily townships.  Par Plan members, among other membership benefits, obtain their insurance, risk management training, and participate in a dividend program depending on yearly profitability. For more than 30 years, Plaintiffs' counsel, Miller, Canfield, Paddock & Stone ("Miller Canfield"), served as the general counsel of the Par Plan. That decades-long representation came to an abrupt end when Miller Canfield terminated the attorney-client relationship in February, 2023.  Miller Canfield terminated the Par Plan as a client after a conflict of interest was uncovered in Miller Canfield's ongoing representation of the Plaintiffs in this case – a representation directly adverse to Miller Canfield's now former client.

Counsel for Peninsula Township raised this issue with Miller Canfield and advised that its representation in this matter may constitute a conflict of interest.  Miller Canfield initially replied that, while it did not believe a conflict of interest exists, it would investigate the matter.  However, since that initial contact, Miller Canfield has advised the Par Plan it is now operating under the

assumption that a conflict of interest exists and has terminated its decades-long representation of the Par Plan.

Peninsula Township moves this Court to stay the proceedings in this case for forty-five (45) days to allow the Par Plan sufficient time to examine the conflict of interest between Miller Canfield and the Par Plan and, if necessary, move for disqualification of Miller Canfield.

Peninsula Township relies on the accompanying brief and exhibits in support of this motion.

                                                   McGRAW MORRIS, P.C.
                                                   Attorneys for Defendant Peninsula Township

Dated:  April 13, 2023          BY:    *s/     Thomas J. McGraw*
                                                              Thomas J. McGraw (P48817)
                                                              2075 W. Big Beaver Rd., Suite 750
                                                              Troy, MI 48084
                                                              (248) 502-4000
                                                              tmcgraw@mcgrawmorris.com

                                                              Bogomir Rajsic, III (P79191)
                                                              300 Ottawa Avenue, NW, Ste. 820
                                                              Grand Rapids, MI  49503
                                                              (616) 288-3700
                                                              brajsic@mcgrawmorris.com