UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION, *et al.*,

      Plaintiffs,

v.

PENINSULA TOWNSHIP, Michigan Municipal
Corporation,

      Defendant,

and

PROTECT THE PENINSULA,

      Intervenor-Defendant.

Case No: 1:20-cv-01008

Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM INTERVENOR-DEFENDANT PROTECT THE PENINSULA**

Plaintiffs, through their attorneys Miller, Canfield, Paddock and Stone, PLC, move pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 37 for an order compelling Defendant-Intervenor Protect the Peninsula ("PTP") to fully respond to Requests for Production 1-15 and 22-32 and Interrogatories 1 and 3-9.  Plaintiffs conferred in good faith with PTP by sending a letter detailing the deficiencies in PTP's discovery responses and holding a meet and confer on May 11, 2023 to discuss the deficiencies.  This motion reflects the outstanding issues that have not been resolved between the parties.

WHEREFORE, Plaintiffs request that this Court enter an order compelling PTP to fully respond to Requests for Production 1-15 and 22-32 and Interrogatories 1 and 3-9, awarding Plaintiffs their costs and attorney fees incurred in bringing this motion, and awarding Plaintiffs any other relief this Court deems necessary.

                          Respectfully submitted,

                          MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                          By:   /s/ Joseph M. Infante
                                Joseph M. Infante (P68719)
                                Stephen M. Ragatzki (P81952)
                                Christopher J. Gartman (P83286)
                                99 Monroe Avenue NW, Suite 1200
                                Grand Rapids, MI  49503
Dated:  May 12, 2023            (616) 776-6333

## CERTIFICATE OF SERVICE

     I hereby certify that on May 12, 2023, I filed the foregoing via the Court's CM/ECF System, which will automatically provide notice of the filing to all registered participants in this matter.

                                                      /s/ Joseph M. Infante
                                                      Joseph M. Infante