UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

    Plaintiffs,                        Case No. 1:20-cv-1008

v.                                 HONORABLE PAUL L. MALONEY

TOWNSHIP OF PENINSULA, et al.,

    Defendants.

_____/

## **ORDER**

Pending before the Court is Defendant Township of Peninsula's emergency motion to strike/remove its response to Plaintiffs' motion for partial summary judgment on preemption claims (ECF No. 352).  In the motion, Defendant says the version that was filed with the court was a draft version not intended to be filed in the case.  Upon due consideration of the motion by the Court, the Court will not order the document be removed from CM/ECF and will instead direct the document be sealed.  Accordingly,

**IT IS HEREBY ORDERED** that the emergency motion to strike/remove response (ECF No. 352) is GRANTED IN PART.

**IT IS FURTHER ORDERED** that the Clerk of Court shall seal the response (ECF No. 350) from public inspection.

Dated:  May 16, 2023                   /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge