UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*,<br>        Plaintiffs,<br><br>-v-<br><br>PENINSULA TOWNSHIP,<br>        Defendant,<br><br>and<br><br>PROTECT THE PENINSULA, INC.,<br>        Intervenor-Defendant. | No. 1:20-cv-1008<br><br>Honorable Paul L. Maloney |

## ORDER HOLDING MOTION IN ABEYANCE

On May 23, 2023, non-party Michigan Township Participating Plan filed a motion to intervene "for the limited purpose of disqualifying counsel for Plaintiffs" (ECF No. 357), along with the accompanying motion to disqualify Plaintiffs' counsel (ECF No. 358). In the Court's judgment, it is appropriate to first adjudicate the motion to intervene before considering the motion to disqualify. As such, the Court will hold the motion to disqualify (ECF No. 358) in **ABEYANCE** pending the resolution of the motion to intervene (ECF No. 357). Plaintiffs' deadline to respond to the motion to disqualify, if necessary, shall be fourteen days after the date of the forthcoming order resolving the motion to intervene.

**IT IS SO ORDERED.**

Date:  May 26, 2023                                                 /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge