UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA, et al,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, a Michigan Municipal
Corporation,

        Defendant.
_____/

Case No.:  1:20-cv-1008-PLM
Hon. Paul L. Maloney

**STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL FOR PENINSULA TOWNSHIP**

| | |
|---|---|
| Stephen Michael Ragatzki (P81952)<br>Christopher James Gartman (P83286)<br>Joseph Mikhail Infante (P68719)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>99 Monroe Avenue NW, Ste 1200<br>Grand Rapids, MI 49503<br>(616) 776-6351<br>ragatzki@millercanfield.com<br>gartman@millercanfield.com<br>infante@millercanfield.com<br><br>Barry Kaltenbach<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>227 Monroe Street, Ste 3600<br>Chicago, IL 60606<br>(312) 460-4200<br>kaltenbach@millercanfield.com | Thomas J. McGraw (P48817)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant<br>2075 W. Big Beaver Road, Ste 750<br>Troy, MI 48084<br>(248) 502-4000)<br>tmcgraw@mcgrawmorris.com<br><br>Bogomir Rajsic, III (P79191)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant<br>300 Ottawa Avenue, NW, Suite 820<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (616) 214-7712<br>brajsic@mcgrawmorris.com |
| Scott Robert Eldridge (P66452)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>One E. Michigan Avenue, Ste 900<br>Lansing, MI 48933<br>(517) 487-2070<br>eldridge@millercanfield.com | William K. Fahey (P27745)<br>Christopher Scott Patterson (P74350)<br>John Seamus Brennan (P55431)<br>Steven R. Baker (P83153)<br>FAHEY SCHULTZ PLC<br>Attorneys for Defendant<br>4151 Okemos Road<br>Okemos, MI 48864<br>(517) 381-0100<br>wfahey@fsbrlaw.com<br>cpatterson@fsbrlaw.com<br>jbrennan@fsbrlaw.com<br>sbaker@fsbrlaw.com |

| | |
|---|---|
| John Stephen Gilliam (P81421)<br>PLUNKETT COONEY<br>Attorneys for Defendant<br>38505 Woodward Ave. Ste 100<br>Bloomfield Hills, MI 48034<br>(248) 433-7082<br>jgilliam@plunkettcooney.com | Tracy Jane Andrews (P67467)<br>LAW OFFICE OF TRACY JANE ANDREWS<br>Attorneys for Intervenor Protect the Peninsula<br>619 Webster Street<br>Traverse City, MI 48686<br>(231) 714-9402<br>tjandrews@envlaw.com |
| Thomas A. Basil, Jr. (P45120)<br>David R. Schambach (P85690)<br>SHINNERS & COOK, P.C.<br>Attorneys for Intervenor Michigan Township Participating Plan<br>5195 Hampton Place<br>Saginaw, Michigan 48604-9576<br>(989) 799-5000<br>tbasil@shinnerscook.com<br>dschambach@shinnerscook.com | Holly L. Hillyer (P85318)<br>OLSON BZDOK & HOWARD PC<br>Attorneys for Intervenor Protect the Peninsula<br>420 E. Front Street<br>Traverse City, MI 49686<br>(231) 946-0044<br>holly@envlaw.com |

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL FOR PENINSULA TOWNSHIP

This matter having come before the Court on the stipulation of the parties and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the firm of McGraw Morris, PC, by and through Thomas J. McGraw and Bogomir Rajsic, III, shall substitute in the place and stead of Eric P. Conn and Timothy Allen Diemer of Jacobs & Diemer in the above-referenced civil action as counsel of record for Defendant Peninsula Township.

**IT IS SO ORDERED:**

Dated: _____                     _____
                                            HON. PAUL L. MALONEY
                                            United States District Court Judge

**IT IS SO STIPULATED:**

/s/ *Thomas J. McGraw*                      /s/ *Timothy A. Diemer*
Thomas J. McGraw (P48817)                   Timothy A. Diemer (P65084)
Bogomir Rajsic, III (P79191)                Eric P. Conn (P64500)
McGraw Morris, PC                           Jacobs & Diemer
Dated: June 14, 2023                        Dated: June 14, 2023