UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*,<br>　　　　Plaintiffs,<br><br>-v-<br><br>PENINSULA TOWNSHIP,<br>　　　　Defendant,<br><br>and<br><br>PROTECT THE PENINSULA, INC.,<br>　　　　Intervenor-Defendant. | No. 1:20-cv-1008<br><br>Honorable Paul L. Maloney |

## ORDER GRANTING MOTION TO EXPEDITE

Intervenor-Defendant Protect the Peninsula filed an objection (an appeal) to a discovery order issued by the Magistrate Judge. Contemporaneously, Protect the Peninsula filed a motion for expedited consideration (ECF No. 389).

The order to which Protect the Peninsula objects requires certain acts to be completed by June 28. Under the Local Rules, when the relief requested in a motion may be rendered moot before the motion can be briefed in accordance with the briefing schedule, a party may seek expedited consideration. W.D. Mich. LCivR 7.1(e). That situation exists here.

The Court **GRANTS** Protect the Peninsula's motion for expedited consideration (ECF No. 389). The Court **STAYS** the portions of the Magistrate Judge's order to which Protect the Peninsula has objected. Plaintiffs must file their response to the objection (ECF

No. 388) no later than Wednesday, June 28, 2023, at 12:00 p.m. (noon). The Court will hold a hearing on the objection on Thursday, July 6, 2023, at 2:30 p.m. in the courtroom in the Federal Courthouse in Kalamazoo, Michigan.

**IT IS SO ORDERED.**

Date: June 23, 2023                                  /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge