UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION, *et al.*,

    Plaintiffs,

v.

PENINSULA TOWNSHIP, Michigan Municipal Corporation,

    Defendant,

and

PROTECT THE PENINSULA,

    Intervenor-Defendant.

Case No: 1:20-cv-01008

Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

**ORAL ARGUMENT REQUESTED**

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON INTERVENOR-DEFENDANT PROTECT THE PENINSULA'S AFFIRMATIVE DEFENSES

Plaintiffs, through their undersigned counsel, move pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment on each of Intervenor-Defendant Protect the Peninsula's Affirmative Defenses as Plaintiffs are entitled to judgment as a matter of law thereupon. Plaintiffs rely on the accompanying brief in support of this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter a judgment in their favor and dismiss Intervenor Defendant Protect the Peninsula's Affirmative Defenses. Plaintiffs further request that this Court award them their cost and attorneys' fees incurred in this action pursuant to 42 U.S.C. § 1988 as well as the damages they have incurred due to the Township's conduct in an amount to be determined at trial.

                                        Respectfully submitted,

                                        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                                        By:   /s/ Joseph M. Infante
                                               Joseph M. Infante (P68719)
                                               Stephen M. Ragatzki (P81952)
                                               Christopher J. Gartman (P83286)
                                               99 Monroe Avenue NW, Suite 1200
                                               Grand Rapids, MI  49503
                                               (616) 776-6333

Dated:  September 8, 2023