UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA, *et al.*,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, a Michigan Municipal Corporation,

        Defendant,

And

PROTECT THE PENINSULA,

        Intervenor-Defendant.

_____/

Case No.:  1:20-cv-1008-PLM
Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

**DEFENDANT PENINSULA TOWNSHIP'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION CLAIMS**

**\*\*ORAL ARGUMENT REQEUSTED\*\***

| | |
|---|---|
| Stephen Michael Ragatzki (P81952)<br>Christopher James Gartman (P83286)<br>Joseph Mikhail Infante (P68719)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>99 Monroe Avenue NW, Ste 1200<br>Grand Rapids, MI 49503<br>(616) 776-6351<br>ragatzki@millercanfield.com<br>gartman@millercanfield.com<br>infante@millercanfield.com<br><br>Barry Kaltenbach<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>227 Monroe Street, Ste 3600<br>Chicago, IL 60606<br>(312) 460-4200<br>kaltenbach@millercanfield.com | Thomas J. McGraw (P48817)<br>McGRAW MORRIS P.C.<br>Attorneys for  Defendant<br>2075 W. Big Beaver Road, Ste 750<br>Troy, MI 48084<br>(248) 502-4000)<br>tmcgraw@mcgrawmorris.com<br><br>Bogomir Rajsic, III (P79191)<br>McGRAW MORRIS P.C.<br>Attorneys for  Defendant<br>300 Ottawa Avenue, NW, Suite 820<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (616) 214-7712<br>brajsic@mcgrawmorris.com |
| Scott Robert Eldridge (P66452)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>One E. Michigan Avenue, Ste 900<br>Lansing, MI 48933<br>(517) 487-2070<br>eldridge@millercanfield.com | William K. Fahey (P27745)<br>Christopher Scott Patterson (P74350)<br>John Seamus Brennan (P55431)<br>Steven R. Baker (P83153)<br>FAHEY SCHULTZ PLC<br>Attorneys for Defendant<br>4151 Okemos Road<br>Okemos, MI 48864<br>(517) 381-0100<br>wfahey@fsbrlaw.com<br>cpatterson@fsbrlaw.com<br>jbrennan@fsbrlaw.com<br>sbaker@fsbrlaw.com |

| | |
|---|---|
| John Stephen Gilliam (P81421)<br>PLUNKETT COONEY<br>Attorneys for Defendant<br>38505 Woodward Ave. Ste 100<br>Bloomfield Hills, MI 48034<br>(248) 433-7082<br>jgilliam@plunkettcooney.com | Tracy Jane Andrews (P67467)<br>Holly L. Hillyer (P85318)<br>TROPOSPHERE LEGAL<br>Attorneys for Intervenor<br>619 Webster Street<br>Traverse City, MI 48686<br>(231) 714-9402<br>tracy@tropospherelegal.com<br>holly@tropospherelegal.com |

**DEFENDANT PENINSULA TOWNSHIP'S MOTION FOR
SUMMARY JUDGMENT ON PREEMPTION CLAIMS**

**ORAL ARGUMENT REQUESTED**

NOW COMES Defendant, Peninsula Township, by and through its attorneys, McGraw Morris, P.C., and hereby moves for Summary Judgment pursuant to Fed. R. Civ. P. 56(a) on Count VIII of Plaintiffs' First Amended Complaint – the preemption claims – and in support of the same relies upon its Brief in Support and the exhibits attached.

WHEREFORE, Defendant, Peninsula Township, for the independent reasons outlined in its supporting brief, respectfully requests that this Honorable Court grant summary judgment in favor of Peninsula Township on Count VIII of Plaintiffs' First Amended Complaint and dismiss Count VIII with prejudice and with costs taxed against Plaintiffs.

                                                                       McGRAW MORRIS, P.C.
                                                                       Attorneys for Defendant Peninsula Township

Dated:  September 11, 2023        BY:   */s/     Bogomir Rajsic, III*
                                                                               Bogomir Rajsic, III (P79191)
                                                                               Tracey R. DeVries (P84286)
                                                                               300 Ottawa Avenue, NW, Ste. 820
                                                                               Grand Rapids, MI  49503
                                                                               (616) 288-3700
                                                                               brajsic@mcgrawmorris.com

                                                                               Thomas J. McGraw (P48817)
                                                                               2075 W. Big Beaver Rd., Suite 750
                                                                               Troy, MI 48084
                                                                               (248) 502-4000
                                                                               tmcgraw@mcgrawmorris.com