UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION, *et al.*,

      Plaintiffs,

v.

PENINSULA TOWNSHIP, Michigan Municipal
Corporation,

      Defendant,

and

PROTECT THE PENINSULA,

      Intervenor-Defendant.

Case No: 1:20-cv-01008

Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

ORAL ARGUMENT REQUESTED

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, through their undersigned counsel, move pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment on Counts I, II, IV and X of their First Amended Complaint and ask the Court to declare unconstitutional Sections 6.7.2(19)(b)(1)(v), 6.7.2(19)(b)(6), 8.7.3(10)(m), 8.7.3(10)(u)(1)(b), 8.7.3(10)(u)(1)(d), 8.7.3(10)(u)(2)(a), 8.7.3(10)(u)(2)(b), 8.7.3(10)(u)(2)(c), 8.7.3(10)(u)(2)(d), 8.7.3(10)(u)(5)(a), 8.7.3(10)(u)(5)(h), 8.7.3(12)(i), and 8.7.3(12)(k) of Peninsula Township's Ordinances under the First Amendment, Fifth Amendment and/or Fourteenth Amendment and enjoin further enforcement of the Ordinances. Plaintiffs rely on the accompanying brief in support of this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter a judgment in their favor and declare unconstitutional Sections 6.7.2(19)(b)(1)(v), 6.7.2(19)(b)(6), 8.7.3(10)(m), 8.7.3(10)(u)(1)(b), 8.7.3(10)(u)(1)(d), 8.7.3(10)(u)(2)(a), 8.7.3(10)(u)(2)(b), 8.7.3(10)(u)(2)(c), 8.7.3(10)(u)(2)(d), 8.7.3(10)(u)(5)(a), 8.7.3(10)(u)(5)(h), 8.7.3(12)(i), and 8.7.3(12)(k) of

Peninsula Township's Ordinances.  Plaintiffs further request that this Court award them their cost and attorneys' fees incurred in this action pursuant to 42 U.S.C. § 1988 as well as the damages they have incurred due to the Township's conduct in an amount to be determined at trial.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By:   /s/ Joseph M. Infante
           Joseph M. Infante (P68719)
           Stephen M. Ragatzki (P81952)
           Christopher J. Gartman (P83286)
           99 Monroe Avenue NW, Suite 1200
           Grand Rapids, MI  49503
           (616) 776-6333

Dated:  October 6, 2023