UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Wineries of the Old Mission Peninsula Association, *et al.*,<br>   Plaintiffs,<br><br>-v-<br><br>Peninsula Township,<br>   Defendant,<br><br>and<br><br>Protect the Peninsula, Inc.,<br>   Intervenor-Defendant. | No. 1:20-cv-1008<br><br>Honorable Paul L. Maloney |

## ORDER REGARDING MOTION FOR LEAVE TO FILE EXCESS PAGES

Protect the Peninsula, Inc., ("PTP") filed a motion for leave to file excess pages for their partial summary judgment motion. (ECF No. 470). Plaintiffs filed a response in opposition. (ECF No. 477).

### I. Legal Standard

The Local Civil Rules provide the Court with ample discretion to control its docket. W.D. Mich. LCivR 7.1–7.4. Local Civil Rule 7.2(b)(i) provides that "[b]riefs filed in support of or in opposition to a dispositive motion that are produced on a computer shall not exceed ten thousand eight hundred (10,800) words, to include headings, footnotes, citations and quotations.

## II. Discussion

PTP asserts that the complexities of this case warrant its brief exceeding the 10,800 word limit by approximately 7,300 words. The consolidated brief, according to PTP, would avoid repetition and conserve judicial resources. In response, Plaintiffs argue that much of the briefing is superfluous. In an exercise of discretion, Court will grant the motion. Denial could just add to the several other dispositive motions pending in this matter. Plaintiffs' response will be allocated the same extended word limit as granted to PTP here. Although, Plaintiffs should not feel compelled to use all that's allocated.

**IT IS HEREBY ORDERED** that PTP's motion for leave to file excess pages (ECF No. 470) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs must file a response to the motion by February 26, 2024.

**IT IS FURTHER ORDERED** that Protect the Peninsula, Inc. must file a reply to Plaintiffs' response by March 4, 2024.

**IT IS SO ORDERED.**

Date: February 7, 2024             /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge