# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOC. (WOMP), a Michigan nonprofit corporation; BOWERS HARBOR VINEYARD & WINERY, INC, a Michigan corporation; BRYS WINERY, LC, a Michigan corporation; CHATEAU GRAND TRAVERSE, LTD, a Michigan corporation; CHATEAU OPERATIONS, LTD, a Michigan corporation; GRAPE HARBOR, INC, a Michigan corporation; MONTAGUE DEVELOPMENT, LLC, a Michigan limited liability company; OV THE FARM, LLC, a Michigan limited liability company; TABONE VINEYARDS, LLC, a Michigan limited liability company; TWO LADS, LLC, a Michigan limited liability company; VILLA MARI, LLC, a Michigan limited liability company; WINERY AT BLACK STAR FARMS, LLC, a Michigan limited liability company; | Case No. 1:20-cv-01008 <br><br> HON. PAUL L. MALONEY <br> MAG. JUDGE RAY S. KENT |
| Plaintiffs, | **INTERVENER PROTECT THE PENINSULA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v | |
| PENINSULA TOWNSHIP, a Michigan municipal corporation, | **\*ORAL ARGUMENT REQUESTED\*** |
| Defendant, | |
| and | |
| PROTECT THE PENINSULA, INC., | |
| Intervenor-Defendant. | |

Joseph M. Infante (P68719)
Christopher J. Gartman (P83286)
Stephen Michael Ragatzki (P81952)
*Miller, Canfield, Paddock*
Attorneys for Plaintiffs
99 Monroe Ave., NW, Suite 1200
Grand Rapids, MI 49503
(616) 776-6333
infante@millercanfield.com
gartman@millercanfield.com
ragatzki@millercanfield.com

Barry Kaltenbach
*Miller, Canfield, Paddock*
Attorneys for Plaintiffs
227 Monroe Street, Ste 3600
Chicago, IL 60606
(312) 460-4200
kaltenbach@millercanfield.com

Scott Robert Eldridge (P66452)
*Miller, Canfield, Paddock*
Attorneys for Plaintiffs
One E. Michigan Avenue, Ste 900
Lansing, MI 48933
(517) 487-2070
eldridge@millercanfield.com

Thomas J. McGraw (P48817)
Bogomir Rajsic, III (P79191)
*McGraw Morris, P.C.*
Attorneys for Defendant
2075 W. Big Beaver Road, Ste 750
Troy, MI 48084
(248) 502-4000
tmcgraw@mcgrawmorris.com
brajsic@mcgrawmorris.com

William K. Fahey (P27745)
John S. Brennan (P55431)
Christopher S. Patterson (P74350)
*Fahey Schultz Burzych Rhodes PLC*
Co-Counsel for Defendant
4151 Okemos Road
Okemos, MI 48864
(517) 381-0100
wfahey@fsbrlaw.com
jbrennan@fsbrlaw.com
cpatterson@fsbrlaw.com

Tracy Jane Andrews (P67467)
*Law Office of Tracy Jane Andrews, PLLC*
Attorneys for Intervenor-Defendant
420 East Front Street
Traverse City, MI 49686
(231) 946-0044
tjandrews@envlaw.com

Holly L. Hillyer (P85318)
*Troposphere Legal, PLC*
Co-Counsel for Intervenor-Defendant
420 East Front Street
Traverse City, MI 49686
(231) 709-4709
holly@tropospherelegal.com

_____

**INTERVENER PROTECT THE PENINSULA'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

## INTERVENER PROTECT THE PENINSULA'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Intervening Defendant Protect the Peninsula, Inc. (PTP), by undersigned counsel, pursuant to Fed. R. Civ. P. 56, respectfully moves this Court for summary judgment in its favor against Plaintiffs Bower Harbor Vineyards & Winery, Inc. (Bowers); Brys Winery, L.C. (Brys), Chateau Grand Traverse, Ltd. (Chateau Grand Traverse), Chateau Operations, Ltd (Chateau Chantal), Grape Harbor, Inc. (Peninsula Cellars), Montague Development, LLC (Hawthorne), OV the Farm, LLC (Bonobo), Tabone Vineyard, LLC (Tabone), Two Lads, LLC (Two Lads), Villa Mari, LLC (Villa Mari), and Winery at Black Star Farms, LLC (Black Star).

PTP moves under Rule 56 for summary judgment in its favor on the following claims and asks that the Court grant all just and proper relief:

- All First Amendment and Taking claims (Counts I, II, III, and VII) by Black Star, Bonobo, and Tabone for lack of standing;

- All First Amendment and Taking claims (Counts I, II, III, and VII) by non-Chateaus Black Star, Two Lads, Tabone, and Peninsula Cellars relating to 8.7.3(10) for lack of standing because it is inapplicable to them;

- All First Amendment and Taking claims (Counts I, II, III, and VII) by Bonobo, Bowers, Brys, Grand Traverse, and Hawthorne relating to 8.7.3(10)(u) for lack of standing because it is inapplicable to them;

- All First Amendment and Taking claims (Counts I, II, III, and VII) by Black Star, Bonobo, Brys, Chateau Chantal, Grand Traverse, Mari, Peninsula Cellars, Tabone, Two Lads as barred by the statute of limitations;

- All Plaintiffs' First Amendment claims (Counts I, II, and III) relating to 6.7.2(19) or any subpart thereof; 8.7.3(10) or any subpart thereof; and 8.7.3(12)(g) and (i) because Plaintiffs failed to establish essential elements and there is no genuine issue as to any material fact; and

- All Plaintiffs' Taking Claims (Count VII) because Plaintiffs failed to establish essential elements and there is no genuine issue as to any material fact.

PTP relies on the attached Brief in Support and Exhibits to support its requested relief.

Respectfully submitted,

Date: October 6, 2023            By:    /s/ Tracy Jane Andrews
                                        Tracy Jane Andrews (P67467)
                                        Law Office of Tracy Jane Andrews, PLLC
                                        Attorneys for Intervener
                                        420 East Front Street
                                        Traverse City, MI 49686
                                        (231) 946-0044
                                        tjandrews@envlaw.com


Date: October 6, 2023            By:    /s/ Holly L. Hillyer
                                        Holly L. Hillyer (P85318)
                                        Troposphere Legal, PLC
                                        Co-Counsel for Intervener
                                        420 East Front Street
                                        Traverse City, MI 49686
                                        (231) 946-0044
                                        holly@tropospherelegal.com

## CERTIFICATE OF SERVICE

      I, Tracy Jane Andrews, hereby certify that on the 6th day of October, 2023, I electronically filed the foregoing document with the ECF system which will send a notification of such to all parties of record.

By: _____

Tracy Jane Andrews (P67467)