UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION,

        Plaintiff,

vs.

TOWNSHIP OF PENINSULA, et al.

        Defendants.

_____/

Case No:  1:20-cv-01008-PLM-RSK
Hon:  Paul L. Maloney

**<u>ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL</u>**

      **IT IS HEREBY ORDERED** that the Motion of John S. Gilliam to withdraw his appearance pursuant to L.R. 2.5 is granted, and it is further ordered that his name be removed from the case docket and further ECF notification.

Dated:  February 28, 2024

     /s/ Paul L. Maloney
     Paul L. Maloney
     U.S. District Judge