UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA ASSOC., et al.,

      Plaintiffs,

v.

TOWNSHIP OF PENINSULA,

      Defendant.

_____/

Case No. 1:20-cv-1008

HONORABLE PAUL L. MALONEY

## ORDER ADJOURNING FINAL PRETRIAL CONFERENCE AND FILING DEADLINE

Review of the court records for this case reflects the final pretrial conference is scheduled for April 9, 2024 (ECF No. 513).  In advance of the conference, the parties are to file the proposed final pretrial order seven days prior to the conference.  On March 13, 2024, the parties appeared before Magistrate Judge Ray Kent for a settlement conference.  The conference has been continued to March 27, 2024 (Minutes, ECF No. 529).  The court will reschedule the final pretrial conference and adjust the deadline to file the proposed pretrial order to allow the parties to focus on settlement discussions.  Therefore,

**IT IS HEREBY ORDERED** that the final pretrial conference is rescheduled to **April 12, 2024 at 1:30 p.m.**  The deadline to file the proposed final pretrial order is **April 5, 2024**.  The trial remains as previously scheduled.

Dated:  March 14, 2024

      /s/ Paul L. Maloney
      Paul L. Maloney
      United States District Judge