UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Wineries of the Old Mission Peninsula Assoc., et al v. Township of Peninsula, et al

**Case Number:** 1:20-cv-1008
**Date:** April 29, 2024
**Time:** 8:57 a.m. – 10:31 a.m.
　　　　10:55 a.m. – 11:54 a.m.
　　　　1:17 p.m. -  3:08 p.m.
　　　　3:29 p.m. – 3:56 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

Plaintiffs:  Joseph Infante, Stephen Ragatzki, Barry Kaltenbach, and Christopher Gartman

Defendant Peninsula Twp:  Thomas McGraw, Bogomir, Rajsic, III, and Tracey DeVries

Intervening-Defendant Protect the Peninsula, Inc.:  Tracy J. Andrews and Holly Hillyer

**PROCEEDINGS**

Nature of Hearing:  Bench Trial – Day 1; Court approves stipulation regarding exhibits (ECF No. 587), order to enter; opening statements by all parties; plaintiffs' presentation of evidence

**WITNESSES**

Plaintiffs:  Todd Oosterhouse

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 50, 51, 52, 53, 54, 55, 56, 57, 61, 215 | Received |
| Plaintiffs' Exhibits 58, 194 | Court Reserved |
|  |  |
|  |  |

Court Reporter: Kathleen Thomas　　　　　　　Case Manager: Amy Redmond