UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Wineries of the Old Mission Peninsula Assoc., et al v. Township of Peninsula, et al

**Case Number:** 1:20-cv-1008
**Date:** May 9, 2024
**Time:** 8:36 a.m. – 10:33 a.m.
10:48 p.m. – 11:56 p.m.
1:05 p.m. – 2:57 p.m.
3:19 p.m. – 4:20 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

Plaintiffs:  Joseph Infante, Stephen Ragatzki, and Barry Kaltenbach

Defendant Peninsula Twp:  Thomas McGraw, Bogomir Rajsic, III, and Tracey DeVries

Intervening-Defendant Protect the Peninsula, Inc.:  Holly Hillyer

**PROCEEDINGS**

Nature of Hearing:  Bench Trial – Day 8; continuation of plaintiffs' presentation of evidence

**WITNESSES**

Plaintiffs:  Marie Chantal-Dalese, Edward O'Keefe, Teri Quimby

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 139, 140, 141, 143, 144, 145, 146, 147 | Received |
| Plaintiffs' Exhibits 114, 137, 138 | By stipulation |
| Defendants' Joint Exhibits Q, W, Y, RR, III, MMM, VVV, BBBB, CCCC, DDDD, HHHH, IIII, KKKK, DDDDDDD, EEEEEEE, FFFFFFF, HHHHHHH, IIIIIII, JJJJJJJ, KKKKKKK, MMMMMMM, PPPPPPP, KKKKKKKK, QQQQQQQ, | Received |
| Defendants' Joint Exhibits BBB, OOOOOOO, LLLLLLL, RRRRRRRRR | By stipulation |

Court Reporter: Kathleen Thomas          Case Manager: Amy Redmond