UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Wineries of the Old Mission Peninsula Assoc., et al v. Township of Peninsula, et al

**Case Number:** 1:20-cv-1008
**Date:** May 10, 2024
**Time:** 9:51 a.m. – 12:00 p.m.
       1:36 p.m. – 2:44 p.m.
       3:03 p.m. – 3:34 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

## APPEARANCES

Plaintiffs:  Joseph Infante, Stephen Ragatzki, and Barry Kaltenbach

Defendant Peninsula Twp:  Thomas McGraw, Bogomir Rajsic, III, and Tracey DeVries

Intervening-Defendant Protect the Peninsula, Inc.:  Holly Hillyer

## PROCEEDINGS

Nature of Hearing:  Bench Trial – Day 9; continuation of plaintiffs' presentation of evidence; plaintiffs' motion to admit Exhibits 5, 6, 7, 8, 9, 221, and 22 and certain depositions deemed made before close of their proofs and determination deferred

## WITNESSES

Plaintiffs:  Christopher Baldyga, Eric Larson

## EXHIBITS

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 11, 12, 13, 14, 15, 16, 17, 18, 20, 23, 25 | Received |
| Plaintiffs' Exhibits 10 | By stipulation |
| Defendants' Joint Exhibits R, S, T, U, V, X, II, JJ, KK, LL, MM, NN, OO, PP, QQ, TT, UU, WW, XX, YY, ZZ, CCC, EEE, HHH, NNN, OOO, PPP, QQQ, RRR, SSS, TTT, UUU, WWW, XXX, YYY, ZZZ, AAAA, UUUUUUUUUU | Received |
| Defendants' Joint Exhibits HHHHHHHHH, IIIIIIIII, | By stipulation |

Court Reporter: Kathleen Thomas            Case Manager: Amy Redmond