UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Wineries of the Old Mission Peninsula Assoc., et al v. Township of Peninsula, et al

**Case Number:** 1:20-cv-1008
**Date:** May 13, 2024
**Time:** 8:51 a.m. – 10:51 a.m.
　　　11:12 a.m. – 11:59 a.m.
　　　1:21 p.m. – 2:03 p.m.
　　　2:17 p.m. – 3:27 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

Plaintiffs:  Joseph Infante, Stephen Ragatzki, and Barry Kaltenbach

Defendant Peninsula Twp:  Thomas McGraw, Bogomir Rajsic, III, and Tracey DeVries

Intervening-Defendant Protect the Peninsula, Inc.:  Holly Hillyer and Tracy Andrews

**PROCEEDINGS**

Nature of Hearing:  Bench Trial – Day 10; continuation of plaintiffs' presentation of evidence; plaintiffs rest; defendant Peninsula Twp rests; intervening-defendant PTP rests; plaintiffs' rebuttal; plaintiffs rest; no further rebuttal; post-trial briefs due within 30 days of filing of final volume of transcript; Court may schedule date to hear closing arguments

**WITNESSES**

Plaintiffs:  Eric Larson, Gary McDowell

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 193, 194, 201, 202, 226 | Received |
| Defendants' Joint Exhibits E, Z, AA, BB, CC, DD, EE, FF, GG, HH, AAA, DDD, GGG, JJJ, KKK, LLL, MMM, VVV, EEEE, FFFF, VVVVV, OOOOOO, VVVVVV, YYYYYY, AAAAAAA, BBBBBBB, GGGGGGGG, LLLLLLLL, MMMMMMMM, NNNNNNNN, OOOOOOOO, PPPPPPPP, RRRRRRRRR, SSSSSSSSSS, TTTTTTTTTT, YYYYYYYYYY, ZZZZZZZZZZ, BBBBBBBBBBB, FFFFFFFFFFF (only the restaurant page) | Received |

Court Reporter: Kathleen Thomas　　　　　　　　Case Manager: Amy Redmond