# United States District Court
# Western District of Michigan
# Southern Division

WINERIES OF THE OLD MISSION PENINSULA ASSOC., et al.

v.

TOWNSHIP OF PENINSULA, ET AL.

**NOTICE**

CASE NO. 1:20-cv-1008

TYPE OF CASE:

__X__  CIVIL         ____  CRIMINAL

__X__  TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

PLACE

Federal Building
410 West Michigan Avenue
Kalamazoo, MI 49007

ROOM NO.
Courtroom 174

DATE AND TIME
October 28, 2024 at 9:00 a.m.

TYPE OF PROCEEDING

## Closing Arguments

Paul L. Maloney
United States District Judge

DATE:  August 28, 2024

 /s/ Amy C. Redmond
By: Amy C. Redmond, Case Manager

TO:    All counsel of record