UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, *et al.*, <br>    Plaintiffs, <br> <br> -v- <br> <br> PENINSULA TOWNSHIP, <br>    Defendant, <br> <br> and <br> <br> PROTECT THE PENINSULA, INC., <br>    Intervenor-Defendant. | No. 1:20-cv-1008 <br> <br> Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the bench opinion entered on this date (ECF No. 623), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 7, 2025               /s/ Paul L. Maloney
                     Paul L. Maloney
                     United States District Judge