UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA, *et al.*,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, a Michigan Municipal Corporation,

        Defendant,

and

PROTECT THE PENINSULA,

        Intervenor-Defendant.

Case No.:  1:20-cv-1008-PLM
Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

## STIPULATION AND ORDER REGARDING PENINSULA TOWNSHIP AND PTP'S RESPONSES TO PLAINTIFFS' FEE PETITION

NOW COME the parties, Plaintiffs, Defendant Peninsula Township (the "Township"), and Intervening Defendant Protect the Peninsula ("PTP'), by and through their respective counsel, and hereby stipulate and agree as follows:

1. On July 18, 2025, Plaintiffs filed their Fee Petition Under 42 U.S.C § 1988 (the "Fee Motion") (ECF No. 626).

2. Plaintiffs' brief in support of their Fee Motion contained 7,531 words.

3. The parties have conferred and agree that the Township and PTP shall be permitted to file briefs in response to Plaintiffs' Fee Motion that do not exceed 7,531 words.

4. The parties further agree that the deadline for the Township and PTP to file their responses to the Fee Motion shall be no later than August 15, 2025.

**IT IS HEREBY ORDERED** that the Township and PTP shall be permitted to file responsive briefs to Plaintiffs' Fee Motion that do not exceed 7,531 words and that the deadline for the Township and PTP to file their responses to the Fee Motion shall be no later than August 15, 2025.

**IT IS SO ORDERED.**

Date: _____

                                              Hon. Paul L. Maloney
                                              United States District Court Judge

**Stipulated and Agreed:**

By: */s/ Joseph M. Infante (w/ permission)*
    Joseph M. Infante (P68719)
    Stephen M. Ragatzki (P81952)
    Christopher J. Gartman (P83286)
    MILLER – CANFIELD PLC
    *Attorneys for Plaintiffs*
    99 Monroe Avenue NW, Suite 1200
    Grand Rapids, MI 49503
    (616) 776-6333
    infante@millercanfield.com
    gartman@millercanfield.com
    ragatzki@millercanfield.com

    Barry Kaltenbach
    MILLER CANFIELD
    *Attorneys for Plaintiffs*
    227 Monroe Street, Suite 3600
    Chicago, IL 60606
    (312) 460-4200
    kalthenbach@millercanfied.com

By: */s  Bogomir Rajsic, III*
    Thomas J. McGraw (P48817)
    MCGRAW MORRIS P.C.
    *Attorneys for Defendant*
    2075 W. Big Beaver Road, Suite 750
    Troy, MI 48084
    (248) 502-4000
    tmcgraw@mcgrawmorris.com

    Bogomir Rajsic, III (P79191)
    Tracey R. DeVries (P84286)
    MCGRAW MORRIS P.C.
    *Attorneys for Defendant*
    300 Ottawa Avenue NW, Suite 820
    Grand Rapids, MI 49503
    (616) 288-3700
    brajsic@mcgrawmorris.com
    tdevries@mcgrawmorris.com

By: */s/ Tracy J. Andrews  (w/ permission)*
    Tracy Jane Andrews (P67467)
    *Law Office of Tracy Jane Andrews, PLLC*
    Attorneys for Intervenor-Defendant
    420 East Front Street
    Traverse City, MI 49686
    (231) 946-0044
    tjandrews@envlaw.com

    Holly L. Hillyer (P85318)
    *Troposphere Legal, PLC*
    Co-Counsel for Intervenor-Defendant
    420 East Front Street
    Traverse City, MI 49686
    (231) 946-0044
    holly@tropospherelegal.com

Dated:  July 30, 2025