UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINERIES OF THE OLD MISSION
PENINSULA, *et al.*,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, a Michigan Municipal Corporation,

        Defendant,

And

PROTECT THE PENINSULA,

        Intervenor-Defendant.

Case No.:  1:20-cv-1008-PLM
Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

**DEF. PENINSULA TOWNSHIP'S MOTION TO STAY ENFORCEMENT AND WAIVE BOND ON APPEAL**

**\*\*ORAL ARGUMENT REQUESTED\*\***

| | |
|---|---|
| Stephen Michael Ragatzki (P81952)<br>Christopher James Gartman (P83286)<br>Joseph Mikhail Infante (P68719)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>99 Monroe Avenue NW, Ste 1200<br>Grand Rapids, MI 49503<br>(616) 776-6351<br>ragatzki@millercanfield.com<br>gartman@millercanfield.com<br>infante@millercanfield.com<br><br>Barry Kaltenbach<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>227 Monroe Street, Ste 3600<br>Chicago, IL 60606<br>(312) 460-4200<br>kaltenbach@millercanfield.com | Thomas J. McGraw (P48817)<br>McGRAW MORRIS P.C.<br>Attorneys for  Defendant<br>2075 W. Big Beaver Road, Ste 750<br>Troy, MI 48084<br>(248) 502-4000<br>tmcgraw@mcgrawmorris.com<br><br>Bogomir Rajsic, III (P79191)<br>Tracey R. DeVries (P84286)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant<br>44 Cesar E. Chavez Avenue, SW, Suite 200<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (248) 502-4001<br>brajsic@mcgrawmorris.com<br>tdevries@mcgrawmorris.com |
| Scott Robert Eldridge (P66452)<br>MILLER CANFIELD<br>Attorneys for Plaintiffs<br>One E. Michigan Avenue, Ste 900<br>Lansing, MI 48933<br>(517) 487-2070<br>eldridge@millercanfield.com | William K. Fahey (P27745)<br>Christopher Scott Patterson (P74350)<br>John Seamus Brennan (P55431)<br>Steven R. Baker (P83153)<br>FAHEY SCHULTZ PLC<br>Attorneys for Defendant<br>4151 Okemos Road<br>Okemos, MI 48864<br>(517) 381-0100<br>wfahey@fsbrlaw.com<br>cpatterson@fsbrlaw.com<br>jbrennan@fsbrlaw.com<br>sbaker@fsbrlaw.com |

|   | Tracy Jane Andrews (P67467)<br>Holly L. Hillyer (P85318)<br>TROPOSPHERE LEGAL<br>Attorneys for Intervenor<br>619 Webster Street<br>Traverse City, MI 48686<br>(231) 714-9402<br>tracy@tropospherelegal.com<br>holly@tropospherelegal.com |
|---|---|

## DEFENDANT PENINSULA TOWNSHIP'S MOTION TO STAY AND WAIVE BOND ON APPEAL

NOW COMES Defendant, Peninsula Township, by and through its attorneys, McGraw Morris, P.C., and hereby moves this Court, pursuant to Fed. R. Civ. P. 62, to stay enforcement of the judgment (including the Court's judgment from July 7, 2025 and any subsequent relief as requested by Plaintiffs in their Rule 59(e) motion and their motion for attorneys' fees) and waive any bond requirements on appeal. Pursuant to Fed. R. Civ. P. 62, a stay and waiver of bond requirements is appropriate because the Township's ability to pay the judgment is so plain that requiring a bond on appeal would be a waste of money. In Michigan, Plaintiffs' only method to enforce the judgment is through placing the judgment on the tax rolls for the Township and collecting from the Township's residents. So long as the Township exists and has taxpayers, the judgment will be satisfied. Second, requiring the Township to pay exorbitant bond premiums from its general fund while this matter is on appeal would affect its ability to provide services to its most important creditors – its citizens.

Defendant Peninsula Township further relies upon its Brief in Support of this Motion.

McGRAW MORRIS, P.C.
Attorneys for Defendant Peninsula Township

Dated: August 5, 2025      BY:    s/    Bogomir Rajsic, III
Bogomir Rajsic, III (P79191)
Tracey R. DeVries (P84286)
44 Cesar E. Chavez Avenue, SW, Ste. 200
Grand Rapids, MI  49503

(616) 288-3700
brajsic@mcgrawmorris.com

Thomas J. McGraw (P48817)
2075 W. Big Beaver Rd., Suite 750
Troy, MI 48084
(248) 502-4000
tmcgraw@mcgrawmorris.com