UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION, *et al.*,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, Michigan Municipal
Corporation,

        Defendant,

and

PROTECT THE PENINSULA,

        Intervenor-Defendant.

Case No: 1:20-cv-01008

Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

## PLAINTIFFS' NOTICE OF CROSS APPEAL

Notice is hereby given that all Plaintiffs cross-appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on July 7, 2025 (ECF No. 624), the Bench Opinion entered on July 7, 2025 (ECF No. 623), and all prior orders issued in this case.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By:   /s/ Joseph M. Infante
            Joseph M. Infante (P68719)
            Stephen M. Ragatzki (P81952)
            Christopher J. Gartman (P83286)
            99 Monroe Avenue NW, Suite 1200
            Grand Rapids, MI  49503
            (616) 776-6333

Dated:  August 19, 2025