UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION, et al.,

        Plaintiffs,

v.

PENINSULA TOWNSHIP, Michigan Municipal
Corporation,

        Defendant,

and

PROTECT THE PENINSULA,

        Intervenor-Defendant.

Case No: 1:20-cv-01008

Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

---

### PLAINTIFFS' MOTION TO STRIKE PENINSULA TOWSHIP'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO STAY ENFORCEMENT AND WAIVE BOND ON APPEAL (ECF 658)

Plaintiffs, by and through their attorneys, Miller, Canfield, Paddock and Stone, PLC, respectfully move this Court for an Order striking Peninsula Township's Reply Brief in Support of its Motion to Stay Enforcement and Waive Bond on Appeal (ECF No. 658) because a reply brief to a non-dispositive motion is not authorized under LCivR 7.3(c) ("Reply briefs may not be filed without leave of court."). Peninsula Township has not received leave of Court. Plaintiffs rely on their accompanying brief in support.

Pursuant to Local Rule 7.1(d), on August 22, 2025, undersigned counsel met and conferred with Eric Conn and Christopher Patterson, counsel for Defendant Peninsula Township, via a video conference to explain the nature of this Motion and its legal basis and to seek concurrence in the relief requested. Concurrence was not granted.

1

WHEREFORE, the Wineries respectfully request that the Court grant their Motion to Strike Peninsula Township's Reply Brief in Support of its Motion to Stay Enforcement and Waive Bond on Appeal (ECF No. 658) and strike ECF No. 658 and all attachments from the record

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By:   /s/ Joseph M. Infante
        Joseph M. Infante (P68719)
        Stephen M. Ragatzki (P81952)
        99 Monroe Avenue NW, Suite 1200
        Grand Rapids, MI  49503
        (616) 776-6333

Dated:  August 22, 2025